UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY, | ) | CIVIL ACTION |
| | ) | NO. 1:04-CV-10654-DPW |
| Plaintiff, | ) | NO. 1:04-CV-10659-DPW |
| | ) | NO. 1:04-CV-10662-DPW |
| v. | ) | |
| | ) | |
| THE BLACK & DECKER CORPORATION, BLACK & DECKER, INC., BLACK & DECKER (U.S.) INC., EMHART CORPORATION, and EMHART INDUSTRIES, INC., | ) | |
| Defendants. | ) | |

## NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that the Appendix to Description of Posture of BROS, Huth and Berks/Douglassville Claim with Further Authority ("Appendix") has been manually filed with the Court and is available in paper form only. The appendix is in two volumes and contains the following material:

### VOLUME I

1. Further Memorandum in Support of Black & Decker Motion for Summary Judgment with Respect to Black & Decker Sites (BROS, Douglassville and Huth), originally filed on November 13, 1998

2. Black & Decker's Reply Memorandum Regarding Maryland and Connecticut Sites, originally filed on December 4, 1998

3. Black & Decker's Supplemental Submission Regarding December 8, 1998 Hearing, originally filed on December 9, 1998

4. Transcript of the hearing of August 27, 2003

5. Memorandum Regarding Liberty Mutual's Miscitation and Misapplication of Alcolac in Connection with BROS Site, originally filed on September 12, 2003

6.  Memorandum Regarding Duty to Defend Under 1970-1973 Umbrella Excess Policy, originally filed on September 12, 2003

7.  Supplemental Submission in Response to Supplemental Brief of Liberty Mutual Regarding Duty to Defend BROS Claim Under Liberty Mutual's Excess Umbrella Policy, originally filed on September 17, 2003

## VOLUME II

1.  Appendix to Further Memorandum in Support of Black & Decker Motion for Summary Judgment with Respect to Black & Decker Sites (BROS, Douglassville and Huth) (excerpts from Volumes I, XIII, XXI, XXIII, XXVIII, XXIX, XXX, XXXI, XXXII, XXXIII, XCIII and XCVIII of Appendix to Defendants' Motion for Partial Summary Judgment), originally filed on November 13, 1998

2   Appendix to Reply Memorandum Regarding Maryland and Connecticut Sites (pages RApp-001 through RApp-036), *originally filed on December 4, 1998*

   The original documents are maintained in the case file in the Clerk's Office.

May 17, 2004

/s/ Jack R. Pirozzolo
Jack R. Pirozzolo BBO# 400400
jpirozzolo@wpmlaw.com
Richard L. Binder BBO# 043240
Judith S. Ziss BBO# 544937
Willcox, Pirozzolo & McCarthy
Professional Corporation
50 Federal Street
Boston, Massachusetts 02110
(617) 482-5470

Attorneys for defendants