Page 1

# Joe Prespare

| Date of Load | Gallons @ Price | | Sup. Doc. | Amount of Load | Date Paid | Amt Paid | Check # | Balance Due |
|---|---|---|---|---|---|---|---|---|
| 1979 | | | | | | | | 19192.00 |
| 1-5 | 2600 | @ .16 | (570) | 416.00 | | | | 19608.00 |
| | | | | | 1/5 | 1000.00 | [illegible] | 18[illegible] |
| 9 | " | " | (571) | 416.00 | | | | 190[illegible] |
| 10 | " | " | (572) | 416.00 | | | | 1944[illegible] |
| 11 | " | " | (573) | 416.00 | | | | [illegible] |
| 18 | " | " | (575) | 416.00 | | | | [illegible] |
| 19 | 1800 | @ .16 | (576) | 288.00 | | | | [illegible] |
| | 800 | @ .04 | | 32.00 | | | | [illegible] |
| | | | | | 1/22 | 4000.00 | [illegible] | 1659[illegible] |
| 23 | 2600 | @ .16 | (577) | 416.00 | | | | 1700[illegible] |
| 24 | " | " | (578) | 416.00 | | | | 17[illegible] |
| 25 | " | " | (580) | 416.00 | | | | 17[illegible] |
| 26 | " | " | (582) | 416.00 | | | | 17[illegible] |
| 29 | " | " | (583) | 416.00 | | | | [illegible] |
| | | | | | 1/30 | 3000.00 | [illegible] | 156[illegible] |
| 31 | " | " | (584) | 416.00 | | | | 16[illegible] |
| | | | | | | | | 16[illegible] |
| 2-1 | " | " | (586) | 416.00 | | | | 16504.00 |
| 2 | " | " | (588) | 416.00 | | | | 16920.00 |
| | | | | | 2/2 | 4000.00 | [illegible] | 12920.00 |
| 6 | " | " | (591) | 416.00 | | | | 133[illegible] |
| 8 | " | " | (592) | 416.00 | | | | 13752.00 |
| | | | | | 2/8 | 4000.00 | [illegible] | 9752.00 |

# JOE

| Date of Load | Gallons @ Price | Slip No. | Amt. of Load | Date Pd. | Amt. Pd. | Check No. | Balance Due |
|---|---|---|---|---|---|---|---|
| | | | | | | | 2111.25 |
| | | | | 3/16 | 2111.25 | [illegible] | —0— |
| 3-16 | 2600 @ .165 | (646) | 429.00 | | | | 429.00 |
| 21 | " " | (655) | 429.00 | | | | 858.00 |
| 22 | " " | (658) | 429.00 | | | | 1287.00 |
| | " " | (660) | 429.00 | | | | 1716.00 |
| | | | | 3/23 | 1716.00 | [illegible] | —0— |
| 23 | " " | (661) | 429.00 | | | | 429.00 |
| | " " | (663) | 429.00 | | | | 858.00 |
| 26 | 2400 @ .165 | (670) | 396.00 | | | | 1254.00 |
| 28 | 2600 @ .165 | (682) | 429.00 | | | | 1683.00 |
| 29 | 2600 @ .165 | (687) | [illegible] | | | | [illegible] |
| | | | | 3/30 | 2112.00 | [illegible] | —0— |
| 30 | 2600 @ .165 | (688) | 429.00 | | | | 429.00 |
| 4-2 | 2600 @ .17 | (692) | 442.00 | | | | 871.00 |
| 4 | " " | (696) | 442.00 | | | | 1313.00 |
| 5 | " " | (no no) | 442.00 | | | | 1755.00 |
| | | | | 4/5 | 1755.00 | [illegible] | —0— |
| 6 | " " | (704) | 442.00 | | | | 442.00 |
| 10 | " " | (707) | 442.00 | | | | 884.00 |
| 12 | " " | (710) | 442.00 | | | | 1326.00 |
| | | | | 4/12 | 1326.00 | [illegible] | —0— |
| 17 | " " | (717) | 442.00 | | | | 442.00 |
| 18 | " " | (719) | 442.00 | | | | 884.00 |
| | | | | 4/20 | 884.00 | [illegible] | —0— |

Page 4

# Joe

| Date of Load | Gallons @ Price | Sub. No. | Amt. of Load | Date Pd | Amt Pd | Check No. | Balance Due |
|---|---|---|---|---|---|---|---|
| | | | | | | | -0- |
| 4.20 | 2600 gals. @ .17 | (724) | 442.00 | | | | 442.00 |
| 23 | " " | (726) | 442.00 | | | | 884.00 |
| | " " | (727) | 442.00 | | | | [illegible] |
| 24 | " " | (730) | 442.00 | | | | 1768.00 |
| 25 | " " | (732) | 442.00 | | | | 2210.00 |
| 26 | " " | (733) | 442.00 | | | | 2652.00 |
| | | | | 4/27 | 2652.00 | 5-4 | -0- |
| 27 | " " | (734) | 442.00 | | | | 442.00 |
| | 2300 " | (735) | 391.00 | | | | 833.00 |
| 30 | 2600 " | (737) | 442.00 | | | | 1275.00 |
| 5-1 | 2600 @ .181 | (741) | 470.60 | | | | 1745.60 |
| 2 | 2600 " | (744) | 470.60 | | | | [illegible] |
| 3 | " " | (745) | 470.60 | | | | [illegible] |
| | " " | (746) | 470.60 | | | | 3157.40 |
| | | | | 5/4 | 3157.40 | 5-4 | -0- |
| 4 | " " | (750) | 470.60 | | | | 470.60 |
| 7 | " " | (755) | 470.60 | | | | 941.20 |
| 8 | " " | (758) | 470.60 | | | | [illegible] |
| 10 | " " | (763) | 470.60 | | | | [illegible] |
| | | | | 5/4 | 1882.40 | 5-0 | -0- |
| 11 | " " | (765) | 470.60 | | | | 470.60 |
| 15 | " " | (771) | 470.60 | | | | 941.20 |
| 16 | " " | (772) | 470.60 | | | | 1411.80 |
| 17 | " " | (77[illegible]) | 470.60 | | | | [illegible] |

PRIVILEGED AND CONFIDENTIAL B&D MA LM 0036053

Page 5

# Joe

| Date of Load | Gallons @ Price | Slip No. | Amt of Load | Date Pd. | Amt Pd. | Check No. | Balance Due |
|---|---|---|---|---|---|---|---|
| | | | | | | | 1882.4[illegible] |
| | | | | 5/18 | 1882.40 | 591 | —0— |
| 5/18 | 2600 @ .181 | (778) | 470.60 | | | | [illegible] |
| 21 | 2600 @ .181 | (781) | 470.60 | | | | [illegible] |
| 22 | 2600 | (786) | 470.60 | | | | [illegible] |
| 23 | 2600 | (789) | 470.60 | | | | [illegible] |
| | 2600 | (791) | 470.60 | | | | [illegible] |
| | 400 | (793) | 72.40 | | | | [illegible] |
| 24 | 2600 | (794) | 470.60 | | | | [illegible] |
| 25 | 2200 McGuire | (799) | ~~[illegible]~~ 88.40 | | | | [illegible] |
| | 400 Joe | | 72.40 | | | | 305[illegible] |
| | | | | 5/25 | 2896.80 | 590 | [illegible] |
| | 600 | (801) | 108.60 | | | | [illegible] |
| 30 | 2600 | (811) | 470.60 | | | | [illegible] |
| | 2600 | (815) | 470.60 | | | | 1210.[illegible] |
| 31 | 2600 | (818) | 470.60 | | | | [illegible] |
| | | | | 6/1 | 1650.80 | 593 | —0— |
| 6-1 | 2600 | (821) | 470.60 | | | | [illegible] |
| | 5200 | (824) | 941.20 | | | | [illegible] |
| 4 | 2600 | (826) | 470.60 | | | | 1882.4[illegible] |
| | 2600 | (828) | 470.60 | | | | [illegible] |
| 5 | 2600 | (830) | 470.60 | | | | [illegible] |
| | 2600 | (832) | 470.60 | | | | [illegible] |
| 6 | 1700 | (834) | 307.70 | | | | 3[illegible] |
| | 900 @ .04 | | 36.00 | | | | [illegible] |

PRIVILEGED AND CONFIDENTIAL B&D MA LM 0036054

Page 6

# Joe

| Date Cleared | Gallons @ Price | Slip No. | Amt. of Load | Date Pd. | Amt. Pd. | | Balance Due |
|---|---|---|---|---|---|---|---|
| | | | | | | | 3637.[illegible] |
| 6.6 | 2600 @ .181 | (837) | 470.60 | | | | 4108.5[illegible] |
| 7 | 2600 | (840) | 470.60 | | | | [illegible] |
| 8 | 2600 | (848) | 470.60 | | | | [illegible] |
| | | | | 6/8 | 3294.20 | [illegible] | 1755.[illegible] |
| 11 | 2600 | (851) | 470.60 | | | | [illegible] |
| 12 | 2600 | (852) | 470.60 | | | | [illegible] |
| | 2600 | (855) | 470.60 | | | | 3167.[illegible] |
| 13 | 2600 | (858) | 470.60 | | | | 3637.[illegible] |
| 14 | 2600 | (861) | 470.60 | | | | 4108.[illegible] |
| | | | | 6/15 | 4108.50 | [illegible] | — 0 — |
| 15 | 2600 | (867) | 470.60 | | | | 470.[illegible] |
| 19 | 2600 | (873) | 470.60 | | | | [illegible] |
| 21 | 2600 | (881) | 470.60 | | | | 1411.[illegible] |
| | 2600 | (883) | 470.60 | | | | 188[illegible] |
| | | | | 6/22 | 1882.40 | [illegible] | — 0 — |
| 22 | 2600 | (889) | 470.60 | | | | 470.[illegible] |
| 25 | 2600 | (897) | 470.60 | | | | 941.2[illegible] |
| 26 | 2600 | (899) | 470.60 | | | | 1411.8[illegible] |
| 27 | 2600 | (902) | 470.60 | | | | 1882.40 |
| | | | | 6/29 | 1882.40 | [illegible] | — 0 — |
| 29 | 2600 | (906) | 470.60 | | | | 470.60 |
| | 350 @ .06 | (912) | 21.00 | | | | 491.60 |
| | 2250 @ .181 | | 407.25 | | | | 898.85 |

PAGE 7

# JOE

| DATE OF LOAD | GALS @ PRICE | SLIP No. | AMT. OF LOAD | DATE PD | AMT. PD | CHECK No. | BALANCE DUE |
|---|---|---|---|---|---|---|---|
| | | | | | | | 1369.[illegible] |
| 7-3 | 2600 @ .181 | (918) | 470.60 | | | | 1840.05 |
| | 2600 | (921) | 470.60 | | | | 231[illegible] |
| 5 | 2600 | (924) | 470.60 | | | | 278[illegible] |
| | | | | 7/6 | 2781.25 | 5901 | -0- |
| 6 | 2600 | (926) | 470.60 | | | | [illegible] |
| 10 | 2600 | (928) | 470.60 | | | | [illegible] |
| | 2600 | (931) | 470.60 | | | | [illegible] |
| 11 | 2600 | (934) | 470.60 | | | | [illegible] |
| | | | | 7/13 | 1882.40 | 5919 | -0- |
| 13 | 2600 | (939) | 470.60 | | | | 470.[illegible] |
| 16 | 2600 | (943) | 470.60 | | | | [illegible] |
| 17 | 2600 | (946) | 470.60 | | | | [illegible] |
| 18 | 2600 | (949) | 470.60 | | | | 1882.[illegible] |
| 19 | 2600 | (955) | 470.60 | | | | [illegible] |
| | | | | 7/20 | 2353.00 | 5933 | -0- |
| 20 | 2600 | (957) | 470.60 | | | | 470.60 |
| 23 | 2600 | (960) | 470.60 | | | | 941.20 |
| | 2600 | (962) | 470.60 | | | | 141[illegible] |
| 24 | 2600 | (967) | 470.60 | | | | 1882.40 |
| 25 | 2600 | (970) | 470.60 | | | | 2353.00 |
| 26 | 2600 | (972) | 470.60 | | | | 2823.60 |
| 27 | 2600 | (974) | 470.60 | | | | 3294.20 |
| 27 | 2600 | (977) | 470.60 | [illegible] | | [illegible] | 3764.[illegible] |

Page 8

| Date of Load | Gals @ Price | Slip No | Amt. of Load | Date Pd | Amt. Pd | Check No | Balance Due |
|---|---|---|---|---|---|---|---|
| | | | | | | | 941.20 |
| 7-30 | 2600 @ .181 | (979) | 470.60 | | | | 1411.80 |
| 31 | 2600 | (982) | 470.60 | | | | [illegible] |
| | 2600 | (983) | 470.60 | | | | [illegible] |
| 8-1 | 2600 | (985) | 470.60 | | | | [illegible] |
| 2 | 2600 | (986) | 470.60 | | | | [illegible] |
| | 2600 | (987) | 470.60 | | | | [illegible] |
| 3 | 2600 | (994) | 470.60 | | | | [illegible] |
| | | | | 8/3 | 3764.80 | [illegible] | [illegible] |
| 6 | 2600 | (995) | 470.60 | | | | [illegible] |
| 8 | 2600 | (001) | 470.60 | | | | [illegible] |
| 9 | 2600 | (007) | 470.60 | | | | [illegible] |
| 10 | 2600 | (010) | 470.60 | | | | [illegible] |
| | | | | 8/10 | 1882.40 | [illegible] | [illegible] |
| | 2600 | (015) | 470.60 | | | | [illegible] |
| 13 | 2600 | (017) | 470.60 | | | | [illegible] |
| 14 | 2600 | (019) | 470.60 | | | | [illegible] |
| 15 | 2600 | (020) | 470.60 | | | | [illegible] |
| | 2600 | (021) | 470.60 | | | | [illegible] |
| | 2600 | (023) | 470.60 | | | | 3294.20 |
| 16 | 2600 | (028) | 470.60 | | | | 3764.80 |
| | | | | 8/17 | 3764.80 | [illegible] | -0- |
| 17 | 2600 | (034) | 470.60 | | | | 470.60 |
| 20 | 2600 | (035) | 470.60 | | | | 941.20 |
| 21 | 2600 | [illegible] | 470.60 | | | | [illegible] |

PRIVILEGED AND CONFIDENTIAL B&D MA LM 0036057

| Date of Load | Gals @ Price | Slip No. | Amt. of Load | Date Pd. | Amt. Pd. | Check # | Balance D.C. |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | | 1411.53 |
| 8-22 | 2600 @ .181 | (043) | 470.60 | | | | [illegible] |
| 23 | 2600 | (046) | 470.60 | | | | [illegible] |
| | | | | 8/24 | 2353.00 | [illegible] 3 | —0— |

PRIVILEGED AND CONFIDENTIAL B&D MA LM 0036058

XXX-037

| Date of Load | Gals. @ Price | Sub No. | Amt. of Load | Date Pd | Amt. Pd | Check No | Balance Due |
|---|---|---|---|---|---|---|---|

PRIVILEGED AND CONFIDENTIAL B&D MA LM 0036059

XXX-038

JACK W LF

1979

| | | | | | Paid | Bal Due |
|---|---|---|---|---|---|---|
| | | | | | | 3000.00 |
| JAN. | 4950 | @ .16 | = | 792.00 | 592.00 | 3200.00 |
| FEB | 12500 | @ .16 | = | 2000.00 | 3800.00 | 1400.00 |
| MARCH | 7500 | @ .16 | = | 1200.00 | | [illegible] |
| | 1250 | @ .17 | | 212.50 | | [illegible] |
| | 16250 | @ .165 | | 2681.25 | 5493.75 | [illegible] |
| APRIL | 1250 | @ .165 | | 206.25 | | [illegible] |
| | 1250 | @ .175 | | 218.75 | | [illegible] |
| | 17885 | @ .17 | | 3040.45 | 3040.45 | ✓ [illegible] |
| MAY | 23,400 | @ .181 | | 4235.40 | 3628.70 | ✓ [illegible] |
| JUNE | 28,350 | @ .181 | | 5131.35 | 6163.05 | ✓ — |
| JULY | 25,000 | @ .181 | | 4525.00 | 4298.75 | ✓ [illegible] |

# JACK WOLF

| 1/1/79 | Callouts @ Price | Sub No | Amt Left | Date Paid | Amt Paid | Check No | Balance |
|---|---|---|---|---|---|---|---|
| | | | | | | | 3000.00 |
| W 4 | 1250 @ .16 | (568) | 200.00 | | | | 3200.00 |
| 25 | 1250 @ .16 | (579) | 192.00 | | | | 3392.00 |
| | 1250 @ .16 | (581) | 200.00 | | | | 3592.00 |
| | | | | 1/25 | 592.00 | [illegible] | 3000.00 |
| 31 | 1250 @ .16 | (585) | 200.00 | | | | 3200.00 |
| B 2 | 1250 @ .16 | (587) | 200.00 | | | | 3400.00 |
| | | | | 2/2 | 400.00 | [illegible] | 3000.00 |
| | | | | 2/2 | 1000.00 | [illegible] | 2000.00 |
| 5 | 1250 @ .16 | (589) | 200.00 | | | | 2200.00 |
| 6 | 1250 @ .16 | (590) | 200.00 | | | | 2400.00 |
| 9 | 1250 @ .16 | (594) | 200.00 | | | | 2600.00 |
| | | | | 2/9 | 1000.00 | [illegible] | 1600.00 |
| | | | | 2/9 | 600.00 | [illegible] | 1000.00 |
| 14 | 1250 @ .16 | (596) | 200.00 | | | | 1200.00 |
| 16 | 1250 @ .16 | (599) | 200.00 | | | | 1400.00 |
| | | | | 2/21 | 400.00 | | 1000.00 |
| 23 | 1250 @ .16 | (605) | 200.00 | | | | 1200.00 |
| 26 | 1250 @ .16 | (607) | 200.00 | | | | 1400.00 |
| | | | | 2/26 | 400.00 | | 1000.00 |
| 28 | 1250 @ .16 | (611) | 200.00 | | | | 1200.00 |
| | 1250 @ .16 | (613) | 200.00 | | | | 1400.00 |
| | | | | 3/1 | 1000.00 | | 400.00 |
| Mar 2 | 1250 @ .16 | (614) | 200.00 | | | | 600.00 |
| | | | | 3/2 | 600.00 | | —0— |
| 5 | 1250 @ .16 | (617) | 200.00 | | | | 200.00 |
| | | | | 3/5 | 200.00 | | —0— |
| 5 | 1250 @ .16 | (620) | 200.00 | | | | 200.00 |
| 7 | 1250 @ .16 | (624) | 200.00 | | | | 400.00 |
| 9 | 1250 @ .16 | (627) | 200.00 | | | | 600 |
| | | | | 3/9 | 600.00 | | - |
| 12 | 1250 @ .16 | (631) | 200.00 | | | | 2 |

Page 2

JACK WOLF

| Date | Gallons @ Price | Slip No. | Amt. of Load | Date Pd. | Amt. Pd. | Check No. | Balance |
|---|---|---|---|---|---|---|---|
| | | | | 3/12 | 200.00 | | —0— |
| 13 | 1250 @ .17 | (634) | 212.50 | | | | 212.50 |
| 14 | 1250 @ .165 | (638) | 206.25 | | | | 418.75 |
| 16 | 1250 @ .165 | (645) | 206.25 | | | | 625.00 |
| | 1250 @ .165 | (647) | 206.25 | | | | 831.25 |
| | | | | 3/16 | 831.25 | | —0— |
| 19 | 1250 @ .165 | (650) | 206.25 | | | | 206.25 |
| 20 | 1250 @ .165 | (654) | 206.25 | | | | 412.50 |
| 21 | " " | (656) | 206.25 | | | | 618.75 |
| 22 | " " | (659) | 206.25 | | | | 825.00 |
| 23 | " " | (667) | 206.25 | | | | 1031.25 |
| ~~25~~ | " " | ~~(---)~~ | | 3/23 | 1031.25 | 5442 | —0— |
| 26 | " " | (673) | 206.25 | | | | 206.25 |
| 27 | " " | (679) | 206.25 | | | | 412.50 |
| | " " | (681) | 206.25 | | | | 618.75 |
| 29 | " " | (685) | 206.25 | | | | 825.00 |
| 30 | " " | (686) | 206.25 | | | | 1031.25 |
| | | | | 3/30 | 1031.25 | 5? | —0— |
| 4-2 | " " | (690) | 206.25 | | | | 206.25 |
| | | | | 4/2 | 206.25 | 5?4 | —0— |
| | " @ .175 | (691) | 218.75 | | | | 218.75 |
| 3 | " @ .17 | (693) | 212.50 | | | | 431.25 |
| 5 | " " | (698) | 212.50 | | | | 643.75 |
| | " " | (700) | 212.50 | | | | 856.25 |
| 6 | " " | (701) | 212.50 | | | | 1068.75 |
| | " " | (703) | 212.50 | | | | 1281.25 |
| | | | | 4/6 | 1281.25 | 53? | —0— |
| 10 | " " | (706) | 212.50 | | | | 212.50 |
| 12 | " " | (708) | 212.50 | | | | 425.00 |
| | " " | (709) | 212.50 | | | | 637.50 |
| | | | | 4/12 | 637.50 | 53? | —0— |
| 17 | 1250 @ .17 | (715) | 148.75 | | | | 148.75 |
| | 875 less 30% | | | | | | |

PRIVILEGED AND CONFIDENTIAL B&D MA LM 0036062

C-1

Page 3

# Jack Wolf

| Date of Load | Gals @ Price | Slip No. | Amt. of Load | Date Pd | Amt. Pd | Check | |
|---|---|---|---|---|---|---|---|
| 4-17 | 1900 @ .17 | (716) | 323.00 | | | | |
| 18 | 1250 " | (718) | 212.50 | | | | |
| 19 | 1900 gasoline less 20% | (721) | 231.20 | | | | |
| | | | | 4/30 | 915.45 | 5184 | |
| 30 | 1250 @ .17 | (739) | 212.50 | | | | |
| | " " " | (740) | 212.50 | | | | |
| 5-4 | 1900 @ .181 | (751) | 343.90 | | | | |
| | | | | 5/4 | [illegible] | 5187 | |
| 4 | 1900 @ .181 | (759) | 343.90 | | | | |
| | 1250 @ .181 | (761) | 226.25 | | | | |
| 11 | 1900 @ .181 | (766) | 343.90 | | | | 913.5 |
| | | | | 5/11 | 913.55 | 5193 | |
| 17 | 1900 @ .181 | (774) | 343.90 | | | | |
| 18 | " " | (779) | 343.90 | | | | |
| | | | | 5/18 | 687.80 | 5203 | |
| 21 | 1900 @ .181 | (782) | 343.90 | | | | |
| 22 | 1250 @ .181 | (787) | 226.25 | | | | |
| 24 | 1900 @ .181 | (796) | 343.90 | | | | |
| 25 | 1900 | (798) | 343.90 | | | | |
| | | | | 5/25 | 1257.55 | 5221 | |
| 30 | 1900 | (810) | 343.90 | | | | |
| 31 | 1900 | (816) | 343.90 | | | | |

PAGE 4

# JACK

| Date of Load | Gals @ Price | Slip | Amt. of Load | Date Pd | Amt. Pd | Check | Balance Due |
|---|---|---|---|---|---|---|---|
| 6-1 | 1900 @ .181 | (823) | 343.90 | | | | |
| | | | | 6/1 | 1375.00 | | |
| 5 | 1250 @ .181 | (833) | 226.25 | | | | |
| 6 | 1250 @ .181 | (836) | 226.25 | | | | |
| 7 | 1250 | (838) | 226.25 | | | | |
| 8 | 1900 | (844) | 343.90 | | | | |
| | 1250 | (847) | 226.25 | | | | |
| | | | | 6/8 | 1245.90 | | |
| 14 | 1900 | (859) | 343.90 | | | | |
| 15 | 1900 | (863) | 343.90 | | | | |
| | 1900 | (866) | 343.90 | | | | |
| | | | | 6/14 | 1031.70 | | |
| 19 | 1900 | (875) | 343.90 | | | | |
| 21 | 1900 | (884) | 343.90 | | | | |
| 22 | 1900 | (885) | 343.90 | | | | |
| | 1250 | (887) | 226.25 | | | | |
| | | | | 6/22 | 1257.95 | | |
| 26 | 1250 | (892) | 226.25 | | | | |
| | 1900 | (896) | 343.90 | | | | |
| 27 | 1250 | (901) | 226.25 | | | | |
| 28 | 1250 | (905) | 226.25 | | | | |
| 29 | 1250 | (907) | 226.25 | | | | |
| | | | | 6/29 | 1248.90 | | |

PRIVILEGED AND CONFIDENTIAL B&D MA LM 0036064

(1)

Page 5

JACK

| Date of Loan | Bags @ Price | Slip | Amt. of Load | Date Pd | Amt. Pd | Check No. | Balance A/C |
|---|---|---|---|---|---|---|---|
| 7-3 | 1250 | (92x) | 226.25 | | | | |
| 5 | 1250 | (923) | 226.25 | | | | |
| 6 | 1250 | (925) | 226.25 | | | | |
| | | | | 7/6 | 905.00 | | |
| 10 | 1250 | (930) | 226.25 | | | | |
| 11 | 1250 | (933) | 226.25 | | | | |
| 12 | 1250 | (935) | 226.25 | | | | |
| | 1250 | (936) | 226.25 | | | | |
| 13 | 1250 | (937) | 226.25 | | | | |
| | | | | 7/13 | 1131.25 | | |
| 16 | 1250 | (940) | 226.25 | | | | |
| | 1250 | (941) | 226.25 | | | | |
| 17 | 1250 | (944) | 226.25 | | | | |
| | 1250 | (945) | 226.25 | | | | |
| 18 | 1250 | (948) | 226.25 | | | | |
| | 1250 | (950) | 226.25 | | | | |
| 19 | 1250 | (952) | 226.25 | | | | |
| | 1250 | (953) | 226.25 | | | | |
| 20 | 1250 | (956) | 226.25 | | | | |
| | 1250 | (958) | 226.25 | | | | |
| | | | | 7/20 | 2262.5 | | |
| 31 | 1250 | (951) | 226.25 | | | | |
| 8-1 | 1250 | (954) | 226.25 | | | | |

PRIVILEGED AND CONFIDENTIAL B&D MA LM 0036065

# A. & A WASTE OIL

| DATE OF LOAD | GALS @ PRICE | SLIP NO. | AMT. OF LOAD | DATE PD | AMT. PD | CHECK NO | BALANCE DUE |
|---|---|---|---|---|---|---|---|
| 7/19 | 6000 gals. @ .165 | (964) | 990.00 | | | | 990.00 |
| 24 | 6000 | (966) | 990.00 | | | | 1980.00 |
| | | | | 7/24 | 1980.00 | 5939 | -0- |
| 25 | 6000 | (971) | 990.00 | | | | 990.00 |
| 30 | 6000 | (977) | 990.00 | | | | 1980.00 |
| | | | | 8/23 | 1980.00 | 6081 | -0- |

PRIVILEGED AND CONFIDENTIAL B&D MA LM 0036066

XXX-045

William Schiavoni

1979

| | | | | | Paid | Balance Due |
|---|---|---|---|---|---|---|
| Jan | -0- | | | | | |
| Feb | -0- | | | | | |
| March (7200) | 6776 | @ .165 | = | 1118.04 | 1118.04 | -0- |
| April | 6400 | @ .17 | = | 1088.10 | 799.10 | ✓ 289.10 |
| May | 6100 | @ .181 | | 1104.10 | 1393.10 | ✓ -0- |
| June | 6700 | @ .181 | | 1212.70 | 1212.70 | ✓ -0- |
| July | 3300 | @ .181 | | 597.30 | 597.30 | ✓ -0- |

PRIVILEGED AND CONFIDENTIAL B&D MA LM 0036067

XXX-046

# William Schiavoni

| Date of Load | Gallons | @ Price | Slip No | Amount of Load | Date Pd | Amt. Pd | Check No | Balance Due |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | —0— |
| 3-15 | 1900 | @ .165 | (640) | 313.50 | | | | 313.5 |
| | | | | | 3/15 | 313.50 | 5 | —0— |
| 20 | 1900 less 8% | @ .165 | (653) | 288.42 | | | | 288.42 |
| | | | | | | | | 288.42 |
| 21 | 1500 less 8% | @ .165 | (657) | 227.70 | | | | 516.12 |
| | | | | | | | | 516.12 |
| 23 | 1900 less 8% | @ .165 | (663) | 288.42 | | | | 804.54 |
| | | | | | | | | 804.54 |
| | | | | | 3/23 | 804.54 | 5 | —0— |
| 4-4 | 1600 | @ .17 | (694) | 272.00 | | | | 272.00 |
| 5 | " | " | (699) | 272.00 | | | | 544.00 |
| | | | | | 4/5 | 544.00 | 5 | —0— |
| 16 | 1500 | @ .17 | (712) | 255.00 | | | | 255.00 |
| | | | | | 4/20 | 255.00 | | —0— |
| 30 | 1700 | @ .17 | (738) | 289.00 | | | | 289.00 |
| 5-4 | 1500 | @ .181 | (749) | 271.50 | | | | 560.50 |
| | | | | | 5/4 | 560.50 | 5 | —0— |
| 8 | 1550 | @ .181 | (756) | 280.55 | | | | 280.55 |
| | | | | | 5/11 | 280.55 | 5 | —0— |
| 22 | 1000 | @ .181 | (784) | 181.00 | | | | 181.00 |
| 25 | 2050 | | (797) | 371.05 | | | | 552.05 |
| | | | | | 5/25 | 552.05 | 5 | —0— |
| 6-1 | 1600 | | (822) | 289.60 | | | | 289.60 |
| | | | | | 6/1 | 289.60 | 5 | —0— |

PAGE =

# Piteco

| Date & Load | Gals | Less % | Gals | Sup ID | Amount Price | of Load | Date Pd | Amt Pd | Check No. | Balance Due |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | 1934.[illegible] |
| | | | | | | | 4/30 | 1034.00 | 545 | 900 [illegible] |
| 5-2 | 3200 | 50 | 1600 | 742 | .181 | 289.60 | | | | 1189.[illegible] |
| | | | | | | | 5/9 | 900.00 | 544 | 289.[illegible] |
| 14 | 3200 | 50 | 1600 | 769 | .10 | 160.00 | | | | 449.[illegible] |
| 22 | 3200 | 50 | 1600 | 785 | .10 | 160.00 | | | | [illegible] |
| 6-18 | 3200 | 40 | 1920 | 871 | .10 | 192.00 | | | | 801.[illegible] |

| Date of Load | Gals @ Price | | Sup. Ex. | Amt. of Load | Date Pd | Amt. Pd | Check No. | Balance Due |
|---|---|---|---|---|---|---|---|---|
| 1/18-79 | 3000 @ | Crace | 574 | | 1/19 | | 5549 | — |
| 2-23 | 6000 @ .12 | Locarelli | 603 | 720.00 | 2/23 | 720.00 | 5541 | — |
| 2-26 | 1500 @ .12 | " | 604 | 180.00 | 2/28 | 300.00 | 5547 | 0 |
| 2-27 | 1000 @ .12 | " | 608 | 120.00 | 2/28 | | 5547 | |
| 3-5 | 3700 @ .15 | Crace | 618 | 555.00 | 3/9 | 1455.00 | 5553 | 0 |
| 3-5 | 3000 @ .15 | " | 619 | 450.00 | 3/9 | | 5553 | |
| 3-5 | 800 @ .15 | " | 621 | 120.00 | 3/9 | | 5553 | |
| 3-7 | 10000 @ .10 | Ullrich | 625 | 1000.00 | 3/7 | 1000.00 | 5536 | 0 |
| 3-9 | 2000 @ .18 | Crace | 629 | 360.00 | 3/9 | | 5553 | 0 |
| 3-13 | 800 @ .10 | Cash | 635 | 80.00 | 3/13 | 80.00 | 5559 | 0 |
| 3-15 | 500 @ .05 | Cash | 641 | 25.00 | 3/15 | 25.00 | 5565 | 0 |
| 3-20 | 2000 @ .05 | " | 652 | 100.00 | 3/20 | 100.00 | 5576 | 0 |
| 3-27 | 7400 @ .15 | Crace | 676 | 1110.00 | 3/29 | 1848.00 | 5592 | 0 |
| 3-27 | 3000 @ .15 | " | 677 | 450.00 | 3/29 | | 5592 | |
| 3-29 | 1600 @ .18 | " | 682 | 288.00 | 3/29 | | 5592 | |
| 3-29 | 4000 @ .05 | Cash | 683 | 200.00 | 3/29 | 200.00 | 5596 | 0 |
| 3-30 | 2000 @ .05 | " | 687 | 100.00 | 3/30 | 100.00 | 5703 | 0 |
| 4-5 | 1440 @ .10 | " | 702 | 144.00 | | | | |
| 4-12 | 4000 @ .05 | Cash | 713 | 200.00 | 4/14 | 200.00 | 5731 | 0 |
| 4-20 | 8000 @ .05 | " | 722 | 400.00 | 4/20 | 400.00 | 5752 | 0 |
| 4-25 | 3500 @ .15 | Fuller | 731 | 525.00 | 4/25 | 525.00 | 5759 | 0 |
| 5-3 | 3500 @ .12 | Cooper | 747 | 420.00 | 5/4 | 420.00 | 5779 | 0 |
| 5-8 | 3000 @ .12 | Locarelli | 760 | 360.00 | 5/8 | 360.00 | 5788 | 0 |
| 5-22 | 7000 @ .14 | Cooper | 788 | 980.00 | 5/22 | 980.00 | 5816 | 0 |

3/5/73 cont.
Coes Colby (Natick St) 7
Southwestern BLV American 40
Fox Cheli
Tuesday 3/6/73
Black & Decker (Bill)
Hull Tomlinson St. 40
Gent Plymouth N Point Blv. 10
A Nico Ul Point
American Eastern 3
Gulf
BP " 5 Essex
Arco " 15 "
BP "
Garage
Esso Martin BLV
Shell " "
American oil Co 9
Honda Sectra 7 (Bob) Buffalo Rice Hwy
Arco "
Western Auto 7
Agency Esso
" " Truck 10
Colonial Peast 10 (Bill)
W Kerns Buick 10
Toyota City 20
Dodge 15
Friendship 7 Service 15
Gulf
Monday A Cost
Texaco Gr Pt 170 Dunn 26 Bill
Maryland House of Gratin 2
over

Monday 3/5 cont

Federal Motors

Bermac Truck

A&H Motors 7

Esso Essex Eastern ave

C&P Ann Ave Essex Bill 7.

Wed 3/7/73

Park heights Esso

" " Gulf

" " American

Liberty HTS & Reis. Sunoco

MTA - Reaterest St 30 (Bill)

Checker Cab 10. Will send check

[illegible] Auto 7

Koppers (Bill)

A [illegible] Transport 15 (Bill)

Cummins Diesel 10

International Harvester [illegible] St 36 (Bill)

Leidy Chemical (Bill)

Sears (North Ave) 20

White Motors 7

School 420 (Greenmount AVE) 15

Amira [illegible] (26th St) 7

Harvey Parts 10

DSBE Chemphills 7

American Potomac 7 (Bill)

Checker Cab Bill Yellow Cab (Bill) 20

Anderson Tool [illegible] [illegible] 7

[illegible] Motors 10

Fredrick Esso 3

J&E (Constitution) (Bill) 7.

[illegible]

Thurs. 3/8/73

Harlison - Welker) Delivered 2500 gals 6¢ per $150. Picked-up 31 Drums #2 per $62 (B.11)

Maryland Messenger Service 7.

Custom Lab - 7.

Carr-Lowery Glass —

Chesapeake Ford —

Allen Traction —

Johnston Towers — 10.

Walt - seafire C.o. 8

Eastern Stainless Steel (B.11) 2050 oil 2500 gals

Esso (Wash Blvd) ... 10.

Overnight Trans - 5.

Fri. 3/9/73

B.P. Easton Ave. 10

Thompson wire (B.11) 2500 gals

Eastern Stainless Steel Pumped 1500 1000

Woodlawn citgo —

" Esso —

" Citgo —

" Texaco 7

Old Edmondson Citgo —

Esso —

American

Shell —

Catonsville Shell 7.

" Esso —

Koppers 1800 gals. (B.11)

M.J.A. Beach St. 2 small tanks (B.11)

Wards Truck —

Hanway Truck —

Security Arco 10.

Sun 3/11/73
Eastern Stainless (Bill) 300 gal

Mon. 3/12/73
Black & Decker (Bill) 2000 gal
MTC Buck St. 1519 Tank (send Bill)
West Bend 7.
Suburban Chevy 10
Miller Bros 10
Al Packer 15.
R & A Motors 10
Toby Hallot wouldn't pay 10.
East Eastman Ave & Edison 5.
Koppers 180 gal Bill
American Ambulance 7.
Martin Motors 7

Tues. 3/13/73
Navy garage 75 will send
Capitol Motors 25
American Motors Annapolis 10. check
Apartment Dodge 8.
Market Tire 7
Shell Annapolis 10
Penn Pontiac 10
B.P. Eastern Ave (at Eastpoint) (Bill 15.)
Fed American Car 7.
Food Fair garage 7
Sunoco N. Bfield 10.
Shell " 10
Sun Cab 20
Pat Hayes 8
L. B. Smith 15.

Ft Meade 15
Jessup House of Correction Bill 600 gals
Sunoco B175
Mobil " —
Shell " —
BP " water 20.
Glen Burnie - Trans —

Wed. 3/14/73
Reist. Rd. Pikesville B.P. NC.
" Esso —
Little Shell —
Next door to donut place —
Esso Playa
America by jack in the box —
BP Park Slade —
Esso CLC money —
Mushroom truck Bill 30.
United Parcel service —
Excelsior Truck 26
American Caterair 10
City Patapsco 3
Esso North by Sears 10.
Esso Northern Parkway & Falls —
Elbaum Garage 10
Greenspring Garage Bill 10.
Antey Hchoo 25th St 7.
Coke Kirk Ave. 7.
Koppers 180 gals Bill
Ellicott machine Bill 48 drums
Ed Medervott 7.

Thur. 3/15

Rt 40. Right Sunoco

American 1.

VW —

Sunoco 4.

Mid T

Koppers 900 gal send Bill (check Bill)

Allis Monroe

Johnston Towers 15

Midstate Meade 16.

Arundel Corp. Delivered 1000 gal (Bill)

Restoration Pledge —

King Shell 1

Heavy Truck —

Playa Shell —

" Sunoco 7.

Eastern Port. 10.

Balti Motor Coach 16.

Ryder Truck Bill 15.

Terra Corp. Bill 40.

BP Corp. would not pay

Schuco Corp —

Fri. 3/16

Eastern Stainless Steel Bill 1300 gal oil.

Thompson Wire 130 gals. Bill

Harris Steel 16.

Monroe Upholstery 7.

Black & Decker 2000 gals. Bill

Koppers Bill 1900 gals. Bill

3 State Parole Bill

MTA Harford Rd. Bill —

Towers Ford —

Car City Dodge 8

173 cont.
North Ave
ffe Arco
4/4/73
Syn... amount of water Bill 8
Amerikan
Esso
Ave Esso 3
Arco
Esso
Shell
Car Care Center
Gulf
2200 gals Bill
Tracue 1200 gals water
4/5/73
Soloman Truck 7.
Chemical 800 gals (Bill)
Delivered Oil (Bill)
Chevy 10.
Tracke
E Revere 7 Bill
Ave
Holbrook 10.
West coast

1000 gals
2200 gals
total 6000 gals
10.
73.
total Bill 2500 gal water
1000 gals
Bill 1800 gal
1000 gal Hale well
18.
10
pumped up out of oil 3/29
Ave 26
oil tank Bill
truck
2000 gals Bill
total 8.

3/16 cont)
Harty Pulaski ?

Sun. 3/18
Easton Stainless Stl. Bill 2500 gals water

Mon. 3/19
Western Elect. (Bill) 1500 gal
Leidy Chemical (Bill) 1000 gals
Paul Schenk 7
Ellicot Machine Co Bill 20 Drums
Sunoco Patapsco —
Koppers (Bill) 1800 gal
Abra 7 Truck Monroe
Spene Richie Hwy 20.
Richie Hwy Shell —
Free State Truck 15.
M&E Glen Burnie 7 Bill
Montgomery Wards Richie —
Preston Truck —
Arbutus Esso 20

Tues 3/20
Dan Flax Dodge 10 (will send check)
Fox Chevy —
Delivered 1800 gal Arundel Bill
Keller Texaco 10
Weston Electric (Bill for Trip)
M&E Riverside 7 Bill

Wed 3/21
Arundel Corp. Delivered 1800 gals (Bill)
Black & Decker 2000 gals Bill
Columbia BP 15. (Bill to BP CORP)

3/21/73 cont.

Columbia Sunoco 10.
" Esso 10.
" Gulf 10.
Diamond Co. (Bill) 500 gal.
Koppers 1800 gals (Bill)
Al Parker Mazda 10

Thurs. 3/22/73
Champion Ford 10.
Crysler Plymouth (R 40) cont.
Anderson Olds 10.
" Chevy
Harrals Esso 10
Cummins Diesel 10.
Coca-Cola 20 (Bill)
Shipley Truck (undelivered) 10.
Ridgeway Bus Co.
Stem's Garage
Habson Walker - Delivered in 250 gals
American Patapsco & Ridgefield
Ridgely Eng. Richie
Amoco
Gulf
Sunoco
Amco Trans. Richie
2 Stations Meadowchase Lane
refuse

Friday 3/23/73
Brooks B. Lido 20
(1) Mickelsons
(1) Crest Trans.
(Dupl) 1826th Armed

3/23/cont

White Motors 10.
Mack Truck 10.
Aug 25th —
B
G & E Constitution Bill 7
Mico Co. 8.50
Touring VW 20.
Brooks Bridge 20. York
Koppers Bill 1800 gals
Odonell Pontiac 10.
Toby Rental 10.
International Harvester Whitfield Bill 15.

Sunday 3/25
Eastern Stainless - Pumped 2500 water

Monday 3/26/73
J.E. Gruber Ford 10.
Greenspring Shell
Penn Plymouth 20.
Hashaway Cab. 10.
B Sunday 10.
Archway Ford 10.
Koppers 1800 gals Bill
Pruekey 7.
Cap Foundry
John G Lewis 7.
Costal Truck
Brooklyn Ford
Buscher Esso 40 Contract
Henup BP 30. Contract
Park Circle Chrysler
Black & Decker Bill 6000 gal.

3/19/73 cont

Mize Berry 5

Dodge Towson 10

Texaco reliable BP — Bill 10. this month } 2 taken

Sherwood Ply. Bill 10. last month }

Joe Hock —

Esso up street toward Balt —

station calendar to save [illegible] 5

Truck stop

Pikesville Cab 10.

Food Fair garage 7.

Erdman & Sinclair BP 7.

" " " Shell 5

Dirby Chevy 10

H & H Motors 10.

[illegible] Balto Planck 7.

Koppers Bill 1800 gals

3/26/73 Thurs

Towson Citgo 7. Valley Chevy 10 (B. 11)

" toyota 10.

" G & E — 7 Bill —

" Cryder 10

" A Mercer 6.

" C & P — 7 Bill

" Gulf

Towson Arco —

Brake Clinic 10 check

Key Hwy Heity Truck Rental 22 will send

Harrison Walker Bill [illegible] 2500

Mcghan Truck, Oil Spill, removed (1) load

Thompson Wire Bill 2300 gals

Americas Old N Point Rd 10.

Harris Steel Will Send 30.00