3/30/73 Friday
Black & Decker – Bill 2000 gals
Koppers – Bill 2200 gals
Mushroom Truck Bill total 6000 gals
Kay O. Oil Co. 10

Sun 4/1/73
Eastern Stainless Steel Bill 2500 gal water

Mon, 4-2-73
Arundel garage
Monroe Gulf 10
Leidy Chemical Bill 1000 gal
Grumman aero space Bill 800 gal
Ekay meat 10 B gal
MTA Eastern Bill
Travis Trust 12
Esso Pulaski
Delmarvel Bal 1000 gal Hale Hk
Koppers 150 gal Bill

Tues 4/3/73
Koppers 900 gals Bill
Diesel Engine (off Brush St) 18.
Avis Monroe
Fiore Truck (Old Annap Rd) 10
Hetty (Key Hwy) – pitched up out of oil 3/29
Kent Truck Fort Ave 20
MTA (Bush St roof tar) Bill
Montgomery Wards Truck
Jennings Truck
Black & Decker 2000 gals Bill
Robinson Oil Co
Esso Eyes & Cathedral 8.

4/3/73 cont.
American North Ave
Esso " "
Areff Arco —

Wed. 4/4/73
Beth El Synagogue removal of water Bill
Southwestern Blvd. American 8
" " Esso —
Wilkens Ave Esso —
Rei. Beltway Arco 3
Esso —
Shell —
Tib. Esso Car City Center —
American " —
Arco —
Koppers 3200 gals Bill
Glen Burnie Trans 2000 gals water —

Thurs 4/5/73
Smith & Soloman Truck 7.
Allied Chemical 800 gals (Bill)
Drummond Deliver Oil (Bill)
Miller Chevy 10.
McClung Logan —
Mineralizing Truck —
G & E Reviewl 7 Bill
American Pimlico Ave —
Fort Holabird 10
Carroll County —
Esso Westport —
Esso [illegible]
Shell [illegible]
Esso E. [illegible]

Esso Rt 40 West of Balto 3.
Citgo " " "
American " west
Side Esso
Sun Cab
Patton & Calahan
Charles St Esso
Shell Erdman Ave
Pat Hayes Bruck 8

Tues 3/27/73
Waldcraft
Shell down Jack St 3.
BP 36th St 10.
M&E Westport 29 [illegible] (Bill)
Monarch Food Monroe St 7.
Pharma Plastic 7.
Eastern Stainless Steel 1800 gal oil Bill
Tauros Foreign Car 7
Esso Loch Raven & Pkwy 20
" " & Taylor 8,
Texaco " "
[illegible] Supply 10 [illegible]
[illegible] Olds 5 Bill
[illegible] Corner Esso 10.
Volvoland 10
Holloman VW 18
* Capt. Plyn [illegible] [illegible]

Wed 3/28/73
[illegible] Chatton Pont
Flaison Ford 10
[illegible]

3/19/73 cont

Merc Benz 5

Dodge Towson 10

~~Texaco~~ right BP — 10 this month } 2 tanks

Sherwood Ply. Bill 10 last month }

Joe Hock —

Exxon up street toward Balt —

station cardinger to save ~~[illegible]~~ 5

Truck stop

Pikesville Cab 10

Food Fair garage 7

Erdman & Sinclair BP 7

" " Shell 5

Lisby Chevy 10

H & H) Motors 10

~~[illegible]~~ Balto Plant 7

Koppers Bill 1800 gals

3/26/73 Thurs

Towson Ultra 7. Valley Chevy 10 (B. 11)

" " Toyota 10

" " G&E 7 Bill

" " Crysler 10

" ( American 6

" C&P 7 Bill

" Gulf

Towson Agree

Brake Clinic 10 check

Heity Truck Rental 22 mill cond

Hagerstown Walker Bill down 2500

Meyhoon Truck, Oil Spill removed (1) load

Thompson Wire Bill 2300 gals

American Oil Paint Rd 10

Harris Steel Will Send $30.00

3/30/73 Friday
Black & Decker Bill 2000 gals
Koppers - Bill 2200 gals
Mushroom Truck Bill total 6000 gals
Kay O. Oil Co. 10

Sun 4/1/73
Eastern Stainless Steel Bill 2500 gal water

Mon 4-2-73
Arundel garage
Monroe [illegible] 10
Leahy Chemical Bill 1000 gals
Grumman aero space Bill 1500 gal
[illegible] 10 B of
MTA Eastern Bill
Travis [illegible] 12
Esso [illegible]
Delmarva [illegible] Bal 4000 gal [illegible]
Koppers 150 gals Bill

Tues 4/3/73
Koppers 900 gals Bill
Diesel Engine (off [illegible] St) 18.
Avis Monroe
[illegible] Truck (Old Annap Rd) 10
Hertz (Key Hwy) [illegible] Pushed up out of oil 3/29
Kaw Truck, Fort Ave. 20
MTA (Bush St. [illegible] tank) Bill
Montgomery Wards Truck
[illegible] Truck
Black & Decker 2000 gals Bill
[illegible] Oil Co.
Esso [illegible] & Cathedral 8.

3/21/73 cont.

Columbia Sunoco 10.
" Esso 10.
" gulf 10.
Dunnard Co. (Bill) 500 gal.
Koppers 1800 gals (Bill)
Al Parker Mazola 10

Thurs. 3/22/73

Champion Ford 10.
Crystler Plymouth (Bill 10) cont.
Anderson Olds 10.
" Chevy
Harrals Esso 10
Cummings Diesel 10.
Coca-Cola 20. (Bill)
Shealy Truck (windmill Rd.) 10.
Ridgeway Bus Co.
Stem's garage
Harbison Walker – Delivered in 25 gals
American Patapsco & Ridgefield
Ridgely Esso Richie
Amoco
Gulf "
Sunoco "
Amoco Texaco Richie
2 stations Stop Meadowchoice Esso
Texaco

Friday 3/23/73

Brooks V. Lucas 20 Bill.
Nicholsons
Crest Trans
(Esso) 1326 6th Amoco 9 3

3/23/ cont
White Motors 10.
Mack Truck 10.
Aug 25th —
B.P.
T & E Constitution Bill 7
Mico Co 850
Tourin VW 20.
Brooks Buick 20. York
Koppers Bill 1800 gals
O'Donnell Pontiac 10.
Tool Rental 10.
International Harvester Bld Bill 15.

Sunday 3/25
Eastern Stainless - Pumped 2500 water

Monday 3/26/73
Joe Gruma Ford 10
Greenspring Shell
Penn Plymouth 20.
[illegible] 10.
B[illegible] 10.
Achica Ford 10.
Koppers 2800 gals Bill
[illegible] 7.
Capp Foundry
John G Lewis 7.
Coastal Truck
Brooklyn Ford
Burches Esso 40 Contract
Henup B P 30. Contract
Park Circle Chev 15
Black & Decker Bill 6000 Gal.

PRIVILEGED AND CONFIDENTIAL B&D MA LM 0036088

XXX-067

Esso Rt 40 West of Balto 3.
Getty " " " " —
American car wash —
Sido Esso —
Sun Cab 3.7 —
Patton & Calahan —
Chapline St Sunoco —
Shell Erdman Ave —
Pat Hays Buick 8

Tue 3/27/73

Waldcraft
Shell down York st 3.
BP 36th St 10 —
M&E Westport 1295 Russell (Bill)
Monarch Food Monroe St 7.
Pharma Plastics 7.
Eastern Stainless Steel 1800 gal at Bill
Towson Foreign car 7.
Esso Loch Raven & Pkwy 20.
" " & Taylor 8,
Texaco " " " —
Dreamyman Supply 10 w/ Bird
Lee Olds 15 Bill
Muceys Corner Esso 10.
Volkoland 10
Holloman VW 18.
* Capt. Plyn Ewell inc wat.

Wed 3/28/73

Chaffee Pont.
Hairon Ford 10.
Grebe Henry Side —

Esso Belair Rd Bill a/c Petroleum Service
G & E Ntald St Bill 53 ac
Ibe Righters Hanover St 7.

Fri 5/4/73

Frigidaire Equity 10
Herring Keep 8.
Laundary Plant 10.
Chesapeake Cud. 15
City Ferry 20.
White Motors 17
Mack Truck 10
Sears North Ave 20
Koppers 1800 gals Bill
Friendship Flying Service 15.
Airline personnel 15. Bill
Ewell Page 15.
Toyota City 20.
Wilkens Buick 10

Sat 5/7/73
Black & Decker 2000 gals Bill

Sun 7/8/73
Eastern Stainless Steel 21000 gals water

4/6/73 cont

Maryland Construction Havre de Grace 8000 gal.
M & E Construction Bill 10.
American Environment 10-water

4/19 cont
Maryland Clarkleff Bill 30
Tool Rental 20

Fri 4/20
Eastern Stainless Steel Bill 3800 gals oil
" " " Bill 2000 gal. water
A Oil Monroe

Sat 4/21/73
Black & Decker Bill 2000 gal

Mon 4/23/73
O Wright Arundel Delivered 1000 gals Bill
Shell
Sun Cola 15
White Motors
Esel Warner
White Coffee Pot Concerns 20
*Esso Old Annapolis 30
* Shell " " 40

Tues 4/24/73
Air Net Gard 25
National Preservation 6 12
Fed Yeast Bill
B P Rd 444 Eastern Ave Bill 15
Tennison Tubing 10
J & B Construction Bill 60
Pet Hayes 8
Leidy Chemical Bill 1300 gals

Wed 4/25/73
Maryland Nut & Bolt Bill 1500 gal water oil mix

cont 4/25

Harbison Walker Bill 172 Drums waste oil

M & E Runnemede Bill 10.

Penn Port 10.

Arundel Garage

Thur 4/26/73

Hamm Steel 10.

Thompson Wire Bill 2000 gals

Texaco Comp Bill 13 drums

Brooklyn Ford

Esso Rt 40 10.

Fri 4/27/73

Black & Decker Bill 2000 gals

Cummins Diesel 10

Sat 4/28/73

Eastern Stainless Bill 2500 gals Water

Mon 4/30/73

Suburban Richie 15.

Motor Service 12.

Tues 5/1/73

Harbison Walker 10 Drums Bill

M & E Philly Rd Bill 20

F.O. Oil Co

Allis 25th

[illegible] Diamond [illegible] Paid %.

Blumberg 10.

Gen Trans.

Western Auto Ren Md B[illegible] 12.

Wed 5/2/73

Balto. Concrete Sprayed 2000 gal Bill
Westland 10
Holtemann VW 15.
Fairchild Flying Service 15.
Ewell Dodge 15
" Chrysler
Toyota City 20.
Wilkens Buick 10.
Admiral Point 10 Bill
G&E Glen Burnie 7 Bill
Preston Truck
Hess Oil
International Harvester Jaks St 10. Bill

Thurs 5/3/73

Brooks Loch Rd. 20
Trans Dairy Bill 10.
BP West Port
C&P Bill 10 43rd St.
25th VW
Mack Truck 10
Coke Cola Truck 7
M.T.G. Bill
Sherwood Ford Bill 10
Hobson Walker - Ulmead 5000 gals Bill
Towson Valley Chevy Bill 8.
" " VW 20.
Timonium Toyota 10
" MG Bill 7.
" Chrysler 10
" C&P Bill 7.
Brooks Buick 10.
BP Harford Rd Rt 475 Bill 15.

Fri 5/4/73

Jon Flax Dodge 10. Will send check
Archway Ford 10
O'Donnell Pontiac 10.
Leasway Truck
Coke Patapsco 20 Bill
C&E Truck 10 check
Black & Decker Bill 2000 gals
Robinson Oil Co.
Wetzel Esso 20

5/5/73 Sat

Eastern Stainless Steel 2000 gals water Bill
Maryland Wire & Bolt 1500 gals water & Oil Bill

5/7/73 Mon

M&E - Berryman 5000 gals water & oil 3-25 c barrel 30 drums Bill $210.00

Thompson Ford 15
Ezell Merritt 10
Clarke Transportation Bill 24.75
Johnson Gulf Monroe 10
Shipley Truck
WT Cowan 20
Glen City Dodge 6
Hall's Truck 15 Bill
John C Lewis 7
Lum Lowery 7
George Sokel 7
Coke Bush St. 7
Friedhoff 7
International Harvester Sulfur Spring Rd Bill 15



PRIVILEGED AND CONFIDENTIAL B&D MA LM          0036095

Thurs 5/10/73
Pat Hayes 8
Jamaica Pot 10
Black & Decker Bill 2000 gals
Johns Baker Service Tank Job Bill

Fri 5/11/73
Suburban Chevy 10
Miller Buick 18
Al Parker Foods 10
Fullerton Motor 8
R&H Motors 10
M&E Westport 23 Drums Bill
Sun Dale 20
Elect. Power Tools 8
C.M. Kemp Bill 5 Drums
Taylor Texaco 10
M&E Constitution Bill $1800
West Auto Exch

Sat 5/12/73
Eastern Stainless Bill 2000 gals water
Food Fair Manage 8

Mon 5/14/73
Moldcraft
Lundy Bill 4500 gals
Tejidos 2500 gals
Pittsfield Bill 6
Koonty Bill 10
M&E Arlington Bill 7
Crest Trans
Exec. Port 10
M&A Retreat St Bill
over

5/14 cont

Checker Cab Bill 10.
Balto Motor Coach 16.
Arundel Delivered 2000 gals Bill
Sale go 20.
Martin Motors 7
Al Packer Mazda 10

Tues 5/15/73
Anglesite American American W/C
Sale 10.
BTC Shell Week BLO Bill 1400 gal Trans. Oil
Western Elec Bill 1500 gal.
Western Maryland Trans 18
Black & Decker Bill 2000 gals
Sears Sec. Steel
For Supervisor
Shell
Texaco 7
American 10
Moiseef Tractor 10.
Arundel Bill 2000 gals

Wed 5/16/73
Eastern Stainless Bill 1400 gals water
Harmon Walker Delivered 2000 gals
Eastern Stainless 2000 gals water
Johnston Trans 10.
Delivered 2800 gals Harm-Walker Bill

Thurs 5/17/73
Lucky Chemical 2000 gals Bill
Amer. Trans. Glen Burnie 10.

5/17 cont
Information Supply Co 8.
Cummins Diesel 10
Kaine Truck 10.
Varsity —
Chrys. Plym. Rt 40 —
Chevy. Ford 10
Anderson Chevy —
" Olds 10
Himmels Esso 10 will snd
Esso & BP Monroe —
Burk & Cady Belair Rd —
Chaplin Arco
Harbison Walker Delivered 2500 gals Bill
Harris Steel 28. Big Tank

Fri 5/18/73
Columbia BP 15 Bill
" Sun 10
" Esso 10.
" Gulf 10
M & E Howard Station 7. Bill
Major Motors Datsun 10.
40 West Porsche & Audi —
" VW —
Harbison - Walker - delivered - 1800 gals
Leidy Chemical 3700 gals
Epstein Motors 7.
Getty York Rd —
Esso " "
Getty " "
Esskay Meats - Bill
Arundel Delivered 2500 gals Bill

Sat 5/19/73
Eastern Stainless 2000 gal wtr.
Elcott Machine Bill 18 drums
17 tub Bill

Mon 5/21/23
Black & Decker Bill 2000 gls
Thompson Wire Bill 2000 gals
Kerrigan Walker Balmoral 1500 gal Bill
Tool Rental 20
L B Smith 5
F + Merde 15
Shell 175
BP " 20
Esso "
American "
B P M13
M B Trans
Esso Nursing Rd
Shell "

Tues 5/22/73
Eastern Stainless Pumped 2500 gals. Wst oil all
Bill 1500 gals
Unity Patache 7.

Wed 5/23/73
Eastern Stainless Steel 2000 gals [illegible] Bill
Geigy Chemical 000 gals Bill
Weonapung Shell 4.
Penn Cty 20.
Reist Plaza Shell
Pk Curle Chevy 15
[illegible] Esso 8
Weits American 7.

5/23 cont
Ryder Truck 15
Towson Foreign Car 7
Joe Grimm Ford 10.

Thurs 5/24/73
Pikesville Cab 7
Ryder Truck 35 check
Ellicott Machine Co. 7 Owens Bill
MTA Bush 2 1/2 Bill
Lazar Towing
Postal 7
American Oil Co. 7
Mestol Truck
Sears Richie 20
Farmers Branch Texaco 10 check
Terry Olds 15 Bill
Airline 15 Bill
United Airlines
Sun Cab 20
White Motors
Mack Truck
Bruce
Harley Davidson 10
GE Westport Bill 20
Esso Pk Heights
" Bni Playa

Fri 5/25/73
Chesapeake Truck
Miller Chevy 7 check
Nelson Truck 15 Bill
McClung Logan
Gregory Truck

7
7
20
3?

Texico Corp. 30 Bill
Shelby Truck — Returned
Harbison Walker - 8000 gals Bill
Honda City 10
Western Auto 2 —
Arco Richie —
B. P. Truck —
Joe Hook —
Patapsco Ave. Texico
M & E Reservoir 7 Bill
Esso Taylor Ave —
Citgo Perring Pkwy
Esso M. Clean Bill
Texico Perring Oth ing
Esso Bel Air Rd

Sat 5/26/73
Eastern Stainless Steel 2000 gals water Bill

Tues 5/29/73

5/23/73 cont

Ryder Truck - 15

Towson Foreign Car

Pk Wide Esso 8

Joe Young Ford 10.

Thur 5/24/73

Sun Cab 30

White Motors 7.

Mack Truck 10.

Bruce George 12.

Harley Davidson 40.

4 1/2 Westport Bill 20.

Esso Pk Heights —

Esso Reist Plaza —

Pikesville Cab 7.

Ryder Truck water 35.

Ellicott Machine Bill 7 Prims

MTA Bus 25 small tank

Car Towery —

Cottell Trucking —

American Oil 7.

Preston Trucks —

Sears Ritchie 20.

Furnace Branch Texaco 10.

Yet Olds Bill 15.

Airport Limo 15 Bill

United Air Lines

Fri 5/25/73

Esso Taylor Ave.

Citgo Perring Pky.

Esso McLean Blvd

Texaco Spring Pky.

Esso Belair Rd



5/25 Cont.
Hiram Walker Delivery 8000 gals Bill
Chesapeake Truck —
Mueller Chev. 7
Neb. Oxygen Truck Bill 15.
McClung Logan —
Mugotti Truck —
Tex Corp Bill 30.
Shipley Truck —
H. Wecha City 10.
White Auto 7.
Arco Richie —
B.C. Truck —
Joe Hock —
Patapsco Texaco —
M&E Reservoir.

Sat 5/26/73
Eastern Stainless 2000 gal water

Tues 5/29/73
Thompson Wire Bill 3300 gals
Air Products Bill $16. 2 tanks fill shed
Harris Steel will send 15.
Black & Decker 2000 gals 13 drums 25
Banks Drums —
Pat Hayes 10.
P Vay Bronson —
Pepetro Garage 7.
Balto-NY Express - Bill 20

Wed 5/30/73
Harbor Walker Bill 2000 gals

PRIVILEGED AND CONFIDENTIAL B&D MA LM 0036103

XXX-082

5/30 (cont.)
M & E Hurlet st. Bill 28.
M & E Constitution Bill 10.
Eastern Steinberg 1000 gal water
Tank Job Hoffberger.

Thurs: 5/31/73
Stations on Mech Choice Lane
Robinson Oil Co.
Food Fair Garage 7.
H & H Motors 8.
Car City Dodge 7
Monumental Buick —
Farmer Ford 20.
Milton James 10.
Alan Tractor —
Chesapeke Ford —
Hess Oil Co —
Rose Limo —
Cummings Diesel 10.
Loveway Truck —
Elmo Motors 10.

Fri 6/1/73
Brooks Buick 10.
Michelson —
Executive Pontiac 10.
Crest Transmission —
John C Lewis 7.
Mayer Bros. Bill 30.
Drummond Fill 30.
Black & Decker Bill 2000 gal.
Leidy Chemical Bill 1000 gal
American [illegible]

Sat 6/2/73
Eastern Stainless Bill 2000 gals water
" " " 39 ac gals water
" " " 25 ac gal oil

Mon 6/4/73
Jones Drums 54 drums 108.
American Forge 20.
Kennecott Bill 3000 gal water
Arundel Garage NC
7T Holloway Bill 10.
MTR Bush Rig Tank Bill

Tues 6/5/73
Eastern Stainless 1500 gals oil Bill
Harbison-Walker Delivered 1700 gal Bill
BP Rd. 210 Bill 15.
24th Garage 10.
Diamond Cab Blumberg 10.
West Bend 8
Heffenberger Tank Job Bill

Wed 6/6/73
Eastern Stainless Bill 2000 water
Continental Can Bill 10.
Harbison Walker 4500 gals Del. Bill
Avis Monroe
" 25th
White Motors 7.
Sun Gale 17
Black & Decker 2000
Garrison Armory 10.
Armory Ford 25.
O. Norell Parts 10

6/6 cont

R & E Truck 10
Ewell Dodge 15
" Chrysler-cont
Toyota City - 20
Welborn Buick - 10
Admiral Port - 10 Bill
Wilsons BP 15

Thurs 6/7/73

Chiffon Port
Sears Sammary
Towson Ford 10
Towson Merc Bay
Towson Body - 10
Yammotti Bill 1,000.00 + 25 ... water
Valley Chevy 8 Bill
Towson VW 20 will s pd
NES Timonium 7 Bill
Timonium Toyota 10
" Plymouth 10
Brooks Towson Buick 10
Hardegan Walker Delivered in 3000
Vectra Corp 32 Ammo ... cont.

Fri. 6/8/73

Vectra Corp 98 Ammo Total Bill
R & E Allen Burns 7 Bill
Friendship Flying Service 15
Meads Corner Esso 10
Hollenfour VW 15
Volvoland 10
Phoenix Plastics 7

287.60
282.60
4.30

6/8 cont.
Suffolk Chevy 10
Miller Spice 10
R & H Motor 1.0
Tony Ford 20
Mattstack —
C W Bowen 20

Sat 6/9/73
Eastern Stainless Bill 2500 gals Oil
" " Bill 6300 gals water
" " Bill 2000 gals water

Mon 6/11/73
Larry Mazda 20. will send
Block & Decker 2000 gals
Warrens Auto service ?
Peron Plymouth 20
Bob Taylors 1500 gals waste oil
Textile Corp Bill 8 Drums

Tue 6/12/73
Mattstack —
Esso Rt 40 = 3
" Rt 40 —
Import Motors 10
Yoffy Construction Bill 20
Delta Airlines 40 - Bill
State Motors —
Public Limo Bill 15
Airport Gulf —
Peabody Truck —
Mr Scott 30 —
Hertz Truck Key Hwy Bill 20

6/12 cont

Kane Truck Ford Ave 20.
Bath City Garage —
International Harvester Sulfi spring oil 15.

Wed 6/13/73
Eastern Stainless Bill 1800 gal Oil
" " Bill 1800 gal water
Hadigan Walker Bill Removed 30 Drums
Fulkerson Motors 8.
B.P. Belair Rd —
Esso —
Esso Erdgerain & Edison 7.
Service Garage 7
Pat Hayes 10
Cathedral Esso 7
Sunoco Patapsco 10
Kayo Oil Co. Bill 10

Thurs 6/14/73
Sunoco Bill Kent & Harrison
Bill Wash Station 2500 gal waste water gal Bill
" " " " and load 2300 gals waste material
Sun Liberty Rd 10.
Harrison Walker Bill 30 Drums
Kirby Chemical Bill 1000 gal
M T A Eastern
Air National Guard 20.

Fri 6/15/73
West Elec Bill 2000 gal Ammonia
Hopkins Steel Bill 32.
Thompson Pipe Bill 1500 gals
40 w V.K —

6/15/ cont

40 W. Pointe

Major Motors 10

Columbia Gulf 10

" " Sun 10

B P Bill 10

Esso 10

" Diamond Bill 30

Giamarco Diesel 10

Cafe Patassi Bill 20

Westport G&E Bill 1 Drum

" " Esso

B & W Constructor Bill Delivery 110 gals

Sat 6/16/73

Eastern Stainless 1500 gals water

Mon 6/18/73

Black & Decker Bill 2000 gal

G&E Arlington Bill 7

Koonty Dairy 10 Bill

Tropo American

Park Circle Chevy 15

MTA Restrict St Bill

Checker Cab Bill 10

S-yrs Cat 4

Jannan Port 30

White Motors 7

MACK Truck 10

Arnold Garage

[illegible] Garage 10

H+H Motor 7

Tues 6/19/75
Shell Manor 15
Poplar Grove American 10.
B & M Truck 7
Marcite [illegible] 30.
Arnold Shell 7.
Weiny Garage will send ~5
Annap. Mercedes 25 check
" Esso 10.
Capitol [illegible] 25
Hastings Dodge 7
Annap. Chevy
" Esso 8.
" City 10
" Sun 8

Wed 6/20
Crapo Ford 10.
Crysler Plym
American B. 40
City Olds 10
Anderson Chevy
Esso Caton
M & P Truck
Esso Crain
Ft Meade 45
J.B. Smith
Eastern Stainless Buff 2000 gal water
7 M F Airline Bill 1000 gals
Honda City 10.
West Auto 7
Sears Ritchie 20.
M & S Remich Bill 7
Penn Port 10.

Thurs 6/21
Yellow Cab Bill = 2
Esso Mt Prof 10
Esso North by Esso 10.
W Y Express Bill 10
Easter 2000 gal Bill oil
Butter Aviation Bill 3650 gal oil spill

Fri 6/22
Stack E Decker Bill 2000 gal
Blanda Esso 20
Harrison Garage 10

Sat 6/23
Easter Stanley Bill 2000 gal cust

Mon 6/25
Sjecunto Sears —
" Atex —
Fay Chevy
Kelly Tire 10
Washun Esso —
" American — 10
Gardany Stanley 2000 gal oil bill
Loyal Cab 10
Bigley Garage 20

Tues 6/26
Avis Manill
Lee's American Amp 25.
Chevy Dealer —
" " —
H.B. Finnis