Wed. 6/27
Eastern Stainless Bill 2000 gal oil
" " 2000 gal water
[illegible] E Hould St. 18 [illegible] Bill 36
Texaco [illegible]. Bill 30.
Stipley
Brooks/Bruck [illegible] 10.

Thurs 6/28
[illegible] 119.00
[illegible] 7 Bill
[illegible] Duck –
Tool [illegible] 20.
O'Donnell [illegible] 10.
Hartz Walker 500 gals
Hamilton Ass. 1600

Fri 6/29
[illegible] 20
Pat [illegible] 10.
Eastern Staples 2000 gal oil Bill
B&D Bill 2000 gal

Sat 6/30
Eastern 2000 gals water bill
Jim Wilton 15.00

Mon 7/2
Eastern Stainless Bill on [illegible] 2000 gal wt
[illegible] Bill 20 [illegible]
Robinson [illegible]
Yeardy Chemical Bill 1000 gal.

Tues 7/3
Eastern Trailers 65 ea gals oil Bill
Diamond Cab 10
Black & Decker 7000 gal
Grace Co. Will send it.

Wed 7/4
off Holiday

Thurs 7/5
City Chevy 20
M+A Auto Ave Bill
Sears Watch Ave 20
Grace Chemical Corp Bill 75
Heartrain Walker Bill 44-55 gal Drums
Sun Oil 30
White Motors 7
Mack Truck 10
Air Power 30
2 Wire Bill 2000 gals
Texaco Eastern 10

Fri 7/6
LB Smith 65
Ft Meade 65
Chesapeake Truck
Milton James 10
Esso Lockerman Weinberg 20
BP 10

Mon 7/9
West Elec Bill 5000 gal
Eastern Bill 1400 gals Oil
H&H Motors 10

Tues 7/10

Joe Cora American 15
Eastern Stainless 57 [illegible] water Bill
Black & Decker Bill
M & E Constitution Bill 10
Ben Pastrai Eastern Ave 10
C & L [illegible] Bill 10
" Rt. 90 Bill 10

Wed 7/11

Eastern Stainless Bill 2500 gal
BP W. Point 10
M & E Westport 25 [illegible] 2000 gals Bill
Harding & Son [illegible] [illegible] Bill
B.P. [illegible] [illegible] Bill 15. [illegible] 153
Lo [illegible] Exxon 8
" " [illegible] [illegible]
Town Ford
[illegible] Chevy 15
Eastern Stainless 3600 gals

Thurs 7/12

Sherwood Ford Bill 10
[illegible] Bill 15
Shell [illegible] [illegible] 10
Muffler [illegible] 10 Bill
M & E [illegible] Bill 7
Shell Marriott Bill
Clark's [illegible] Bill 27
Lube [illegible] 9
Rt 40-84 [illegible] [illegible] Bill 40
Exxon Corp 1250 gal Bill
Kepler [illegible] Bill 15

Fri 7/13

Murria Arco

Koppers Bill 920 gals

Fonzo Dodge 10

" " BP —

" " Ford 10.

Chester Port — —

M & E Steners [illegible] 7 [illegible]

84 Lumber [illegible]

Koppers Bill 2 [illegible] water

B&D 2000 Bill

Arundel Corp [illegible] delivered 300 [illegible]

Sat 7/14

Cummins Diesel 10

Mon 7/15

Esso [illegible] —

[illegible] Motors —

Brooke Bank 10

NTC Railroad [illegible] Bill

Checker Cab Bill

Esso N. Ave —

Assurance " " —

Port Hayes 8

M & E Constitution 12 [illegible] Bill

" " 10 " "

Thompson Wiley 1600 gals Bill

Pyke Truck Bill [illegible]

[illegible] Wells [illegible] 10

84 Lumber Rt 40 [illegible] complete

Car City Dodge 7

MTA [illegible] Ave Bill

International Harvester [illegible] Bill 15.

Mon 7/16
MTA Wash. Bld. [illegible] Tanks Bill
Rome Trucks Annapolis Rd 10

Tues 7/17
Gross & Wales Bank Job Bill
Koppers Co. Bill 7 or gals
Grady Chemical Bill 1000 gals
Esso Belair Rd —
Esso Service Station —
Suburban Chevy 10
Miller Buick 18
A L Parker Mazda Bill 10.
" " Ford 20
Harding & Sons Oil pick-up Bill 14
B P Patapsco —
Fed. [illegible] Bill 15

Wed 7/18
C & P Harford Rd Bill 10.
Sunoco 10.
B F Edison Hwy 20.
" " W. V W —
" " Porsche —
Moran Motors 10
Alhambra Gulf 10
" Shell 10
" Sun 10
Heath Key Hwy Bill 10
Rigby Bill 15
South W. American 1:

Thurs 7/19
Hoffberger Tank Job 33rd St Bill
" " " York Rd Bill

7/19 cont

Pateville BT 7.
Acorn Poly. 20.
PK Circle Chevy 15
[illegible] Lemme 7.
MB Tremo
Jonson Foxcity Car 7.
Brooks Buick Yorde Rd 10.

Fri 7/20
Hofflinger Tank Poly [illegible] Bill
Black E Weber Bill
Arnold Greenspan 2000 Bill
Brooks Autoff Service 10
Exxon Corp Bill 1500 gals.

Sat 7/21
Eastern Stainless Steel [illegible] Bill

Mon 7/23
Patzakian Service Bill 35
State Roach Bill 10.
CP Rt 113 Wash Bill Bill 15
Alyn Monroe Bill 21
[illegible] Co
Gowen 20
Doggie Boys 7
RJ & H. 10.

Tues 7/24
Valley Chevy Bill 8
Toyota VW 20 [illegible]
M & E co [illegible] Bill 7
C & P Bill 7

7/24 cont

Ignorman Crysler 10.
Tousey American —
Brake Clinic 10.
Jarman Ford 10
Monroe Upholstery 7.
Have Transfer 120
Simplicity 30-
White Motors 7
Mack Truck 10.
MTC Brush Bill

Wed 7/25

Fullperson Motors 16
Ford Fairy 7.
Shelley Scavenger —.
Yale Lift 10
Lerner Motors 8.
Anderson Ch[illegible]
" Ofase 10
Uoms. Ford 18 check
Varsity —

Thurs 7/26

B & M [illegible] Bill
B P Hubbard 10.
Wards Leasing
Meyer Group. 500 gals Bill
Jack Heck.

Fri 7/27

Meadows Bern 20.
Hart Walker 2500 Delivered Bill
" " 2nd 2500 " "

7/27 cont
[illegible] Stainless Bill [illegible]
[illegible] 10.
Coke Hamburg 7.

Sat. 7/28
Shell MB

Sun 7/29
[illegible] Stainless Bill [illegible]

Mon 7/30
Saco Upper Falls Rd.
[illegible]
[illegible] Calhoun 10.
[illegible]
[illegible] Plastics 10.
[illegible] Station [illegible]
[illegible] 100
[illegible] 10
[illegible]
[illegible] Bill
[illegible] Bill
[illegible] 15

Tue 7/31
[illegible] Bill
[illegible] 10
[illegible] Sam
Pat Hayes 10.
[illegible] Monroe
[illegible] 30
[illegible] Shell

7/31 cont.

Preston Truck
Harrison Walters [illegible] pd.
[illegible] Bill 15

Wed 8/1
[illegible] 35
Bill [illegible] Meats
[illegible] Point 10
Harry Walker 2500 delivered
Black [illegible]
[illegible]
[illegible]
[illegible] Walters [illegible]

Thurs 8/2
[illegible] Bell
[illegible] Blake [illegible]
[illegible] Bell
Morton Motors 7
[illegible] 20
[illegible] Bell 11
[illegible]

Fri 8/3
[illegible] Bell
Robinson [illegible] Co.
[illegible] 7
[illegible] Bell
[illegible]
Yorktown [illegible]
[illegible] Bell
Toyota [illegible] 20

PRIVILEGED AND CONFIDENTIAL B&D MA LM 0036120

XXX-099

~~Stand~~ Dann... 10

~~Summary~~ ... Stanley Bill ...

~~3/1 contra~~
Columbia Black & Decker Bill 2000 gal
Ryder Truck Bill 15.
Exxon Corp. Bill 1650 Bill
Harb-Walker Drums - not complete

~~8/6~~
Petroleum Services bill 35
A & A Motors
Harb-Walker Delivering 2000 gal bill
" " Drums not complete
Aamco Trans - 7
American by tank - 9
Suburban Chevy - Check
Fort Meade - 15
F.O. Smith - 15
G.E. Crain Station 1st load - 2500 gal. bill 8/17
Tues 8-7 Spray job Penn Central bill - 2000 gal. 2nd 10th 8/17
Harbison Walker 327 Drums - total job completed
Cummins Diesel - 10
Leidy 2500 gal. send bill 8/17
G.E. Crain Station bill 2500 gal. 8/17
Wed. 8-8 Mico Co. 8.50
Leidy Chemical 2000 gal. bill 8/24
Ryder Truck bill 15 8/17
Johnson Boiler Service - Ingleside cleaner - bill 8/17
Rt. 40 Sunoco -
Leidy Chemical 2500 gal. bill 8/17
MSA Eastern Ave. - bill 8/17

Thurs. 8-9 Maryland Pump Tanks + Elect Co. bill [illegible] 8/17
Western Elec. Co. bill 17 Drums 8-17
~~Western~~ Auto Essex - 25
Penn R.R. Spray job 1000 gal. bill 8-17
G+E. Philly Rd. bill
Exxon Comp. bill ~~[illegible]~~ 1850 gal.
Halls truck bill - 15 8-17
Fri 8-10 G+E Solomon Island - bill 8-24
Black + Decker -
Penn Plym. 20
Brooks Buick - 15
Michaelson Motors -
Park Circle 15
U.S. Customs 7
G.E Constitution bill 10 8/24
Sat. 8/11 G.E. Solomon Island (Steve) bill 8/24
A-S. G E Solomon Island (How.) bill 8/24 8/24
Sun. 8/12 Eastern Stainless bill 2000 gal. water
Mon. 8-13 Sun Cab - 20.
White Motors - 7
Mack Truck 10
Garrett Drums 36
G E Constitution Pumped 14 Drums - bill 8/24
C + P Virginia Ave. bill 7 8/24
C + P Halford Rd. bill 7 8/24
Milton James 14
Chesapeake Ford -
G E Glen Burnie - bill 7 8/24
10 -
Take Chrysler
Western Buick - 10
Admiral Pontiac - bill - 15 8/24
Tues. 8-14 West. Elec. bill 8/24

PRIVILEGED AND CONFIDENTIAL B&D MA LM 0036122

XXX-101

Harris Steel will Send 8/24
Thompson Tire bill 1900 gal. 8/24
Dallas BP
Michelson Motor - will Send $160.00
BP Cold Spring + Oldfield Rd. 147 bill 15 8/24
MTA Retreat bill 8/17
Checker Cab bill 10 8/17
John C. Lewis 7
Freehof 7
TWA Fuel form bill 8/17
Wed. 8/15 G+E Solomon Island bill 7½ hrs. 8/24
Exxon Co. bill 1800 gal.
Ryder Truck bill 30 8/24
Montgomery Arco 10
Miller Chevy - 10
McClung Logan -
Gregory Truck
O'Donald Pontiac - 10
Seidel Garage - 7
Meyer Garage 7
Thurs. 8/16 E.O. Car Wash - York Rd. Rt 217 8/24
Luby Chevy 100 x
American Eastern 10
Esso " 4
Balto. N.Y. Express bill 10 8/27
Poplar Grove American 10
Greenberg Cab Diamond 10
Next door " " 10
Custom Cleaners 40
Johnston Guy 10
Bay St. Texaco 10
Texaco Comp. bill 38 8/24
Gwynns Falls American 10

Crestview Dodge 10
Fri 8/17 Black & Decker —
Firestone Tire York Rd. 20
Chiefton Pontiac —
Seminary Esso —
Towson Dodge 10
Airport Limo - bill 15 8/24
Touch job - Campbello - bill 8/27
S - Sat. 8/18 Eastern Stainless - bill 800 gal. 8/24
Mon. 8/20 Solomon Island - bill 7½ hrs. quaker 8/24
Sec. Blvd. - Sears
" Citgo
" Fox Chevy
" Kelly Springfield 10
" Esso
" Shell
" American 10
Johns Auto Service 10
Tool Rental 20 will pay next Monday
Yale Truck -
Nelson BP - 15
Tues. 8/21 Solomon Island bill 7½ hr. 8/24
Power Brite bill 26 9/2
Johnnies + Frankies - N. Point
Eastern Pont. 10 DID NOT SEND BILL 9-5-73
Wed. 8/22 Harris Steel will send 30
Air Power Control 40
City Olds 10
Ryder Truck bill 30 9/2
Avis truck
Hertz Truck bill 10 9/2
Exxon Corp. bill 108
Motor Service 10

PRIVILEGED AND CONFIDENTIAL B&D MA LM 0036124

Thurs. 8/23 MTC. Bush St. bill big tanks 9/2
County Ford 10 check
Pat Hayes 10
Esso Franklyn 10
Aamco Richy 13 check
B & Decker bill — 7700 water / 1500 oil & water } 9300 gal.
Eastern Stainless bill
Fri. 8/24 Kennicott bill - 48 9-2-73
A.C. Cowen - 20
C & P Guilford bill 7 9-2
M.T.C. Bush Drums bill 98 9-2
Pharma plastics - will send 10 9-2
Sat. 8/25 Eastern 1800 water bill 9-2
Fri. Cont. - G.E. Riverside bill 7 -
Allied Chemical bill 800 gal.
Tate Chrysler Lifts bill 20
C & P Hatundale bill
G.B. Trans.
Allied Chemical 22 drums
8/27 Mon. Herring Jeep 8
Johnson Port 10
Chesapeake Cady 15
White Motors 9
City Chevy 20
Coke Kirk 8
Mack Truck 10
2800 Esso 10
Koesters bill - 8
Warner bros. 7 - check
Tues. 8/28 Towson Ford 22
Merc. Beng 20
Marsden Chevy -
Tex. BP - York Rd. -

Shell Rt. 40 — 10
Champion Ford - will send - 20 %/T
1st load Harbison Walker - delivered in - 2500 gal.
West Point G+E bill - 5600
Black & Decker Bill
Exxon Bill 1800 gals.
Wards Truck
Cummings Diesel. 16
Meyer Bros - delivered 500 gals.

Wed. 8/29
Eastern ~~[illegible]~~ Steel Garage ° 20
Sun Cab ° 28
Fruehauf - ° 7
Suburban Chev. ° 15
Miller Buick - 18
Johnson Towers - 20
Harbison Walker - delivered 2000 gals. Bill
Eastern Stainless 3500 gals. water

Thurs. 8/30
Solomon Island - 7 1/2 hrs. @ 35 Bill
Baldo concrete - spray job - Bill
B + M Truck - Will Send. ° 7
Ryder Truck - Bill ° 21
Betz Co. - ° 25 check
M.T.A. - Kirk Ave. Bill
Harbison Walker - Bill delivered 2000 gals.

Fri. 8/31
Shell Odenton - 20
B P Crane 20
Greenspring Shell - 10
Penn Plymouth - 20
Great Trans. -
Park Circle Chev. - 16
General Auto. 10

Cheaspeake Outfitt - 22 Deliver
Bell Grove - Spray Job - 1500 gals @ 10¢ per Bill
9/1 Sat.
Pat Block - Spray = $360 Bill @ 10¢ per
Ara - N. Point
Black & Decker - Bill
Mon. 9/3 - Holiday
Tues. 9/4
Arundel Corp. - Delight - Deliver Bill 1000 gal
Brooks Buick - Joppa Rd. - 10
Pat Hayes - 10
Brooklyn Motors -
Shipley
Hutchinson Walker - Deliver 1500 gal. Bill
Clark Lift - 30 Bill
West Bend - 10
Wed. 9/5
Saco Supply - 20
Shell Ingleside -
Esso Ingleside -
Toyota City - Ritchie Hwy. 15
I T T Bakery Bill 10
Texaco - Fusdene Branch Rd. 7
Esso - " " " 16
Petroleum Service - Bill 20
Exxon - Bill 1700 gals.
Ryder Truck - Bill - 30
Maryland Clark Lift - Bill 40
Suburban Chev. - Check forty
Thurs. 9/6
Soloman Island - Bill 9 hrs @ $35 per hr.
West Street Dealer - Annap. $25
Balto. Concrete Block - Spray job - Bill $200
H & H - 8
Tower Ford -

Lilly Chev. - 15
M.T.A. - Eastern - Bill
- Chesapeake Asphalt - $100 Deliver in
end 10,000 Harbison Walker - Delivered in 2000 gals. Bill

Fri. 9/7

Black & Decker - 2000 gals. Bill
Arundel - Greenspring - 2000 gal. Bill
Ft. Meade Texaco - 15
Aemco Trans. - Ritchie Hwy. - check $10
Fleet Service - $10 check
new order 70,000 Harbison - Walker - 2000 gals. Delivered
Exxon - 33rd St. check $20

Sun. 9/9

Eastern Stainless - 2000 gal. water

Mon. 9/10. Solomon Island - [illegible] $35 [illegible]
Mushroom - Bill $30
Cummings - 10
Arundel - Deliver to Greenspring 2200 gal.
Elliott Machine Co - 13 Drums Bill
G & E - Gould St. - 15 Drums Bill
Oil Spill - Texaco - Bill.

Tues. 9/11.

Black & Decker - 2000 gals. Bill
Exxon Corp. - 1725 gals. Bill
Ryder Truck - Bill 15
Alma - 7.
Diamond Cab - 10
J & Z - Delivered in oil Bill - $60 [illegible]
Shell - N.C.
Harris Steel - 15 Will send
Thompson Wire - 2500 gals Bill
G & E. Constitution Ave. Bill $30

Wed. 9/12
Leidy Chemical - 1000 gals. Bill
Air National Guard - 24
H & H Motors - 8
Ford Fair - 10
M & C - Harford Rd. - Bill

Thurs. 9/13
Gulf - Columbia - 10
Esso - " 20
Sunoco " 10
B.P. Columbia Bill
Esso Rt. 29 N.C.
American Rt. 29 - N.C.
Esso - Wash. Blvd. - N.C.
Bush St. Garage - 7
White Motors - 7
Sun Lab - 20
G & E - Howard Station Bill 7
Valley Chev. - Bill 8
Towson V.W. - Will send, 20
Citgo - 7
Toyato - 16
G & E - Towson Bill 7
Tomenium Chrysler - 10
Milton James - 10
B & W Construction - Deliver 1000 gals. Bill
Archway Ford - 10
Mr. Wilpy - 12
Hutchinson - Walker - Delivered 2000 Bill

Fri 9/14
Robinson Oil Co. - N.C.
Harbinson - Walker - 2500 gals. Delivered
Miller Company - $30
Major Motors - 10
Rt. 40 - V.W. - N.C.

Rt. 40

Wash. Blvd. — International Harvester $15
Kant Truck – Conway Rd. – 10
Harbison-Walker – 2000 gal. delivered

Sat. 9/15
Eastern Stainless – 1700 gals. – water – Bill – cement
Eastern Stainless – 2400 gals. water Bill

Mon. 9/17 Solomon Island – Gas & Electric – Bill
J. & L. – 850 gals. #2 oil – Bill
Mildon Angeles Co – 1650 gals. – Bill

Tues. 9/18 Thompson Wire – 2500 gals Bill
West Electric Garage – Bill
Black & Decker – 3000 gals. Bill
Leidy Chemical – 1600 gals. Bill

Wed. 9/19 G. & E. – Riverside – Bill $10
Esso – N.C.
Esso N.C.
Arundel ~~Garage~~ N.C.
Sears North Ave – 20
Esso " 10
Esso Mt. Royal – 16
Esso – Cathedral – 20
School #420 – 15
Exxon Corp – Bill – 1500 gals.

Thurs. 9/20
Al Packer Mazda – 10
Eastern Stainless 2300 gal. Bill
" " 2000 gals "
" " 12 Drums $24
Vectra Company – 38 Drums
J & L. and Hall #5 oil
Chesapeake Asphalt – 1000 gals. $60 $.64
KO Oil – 15
Order Completed Harbison-Walker – 1500 gal. delivered

Fri. 9/21 - Black & Decker - 2000 gals.
Avis - Monroe St.
Leidy - Bill 2500 gals. @ 109 per
Pat Hayes - 10
Leidy I 1600 gals. Bill
Car City Dodge - 8
M T A Eastern - Full load Bill
Vecdin 69 Drums - Bill

Sat. 9/22
Eastern Stainless - 2000 Water Bill
" 1800 " "

Mon. 9/24 Harding - Pumped - 500 gals. 9 Drums Bill
L B Smith 15
Uniroyal - 20
Thompson Wire - 2000 gal. Bill
Park School - Gross & Wilder 2000 gals. - fuel
Glidden Paint - Bill
Western Elect. - Bill 1900 Bill

Tues. 9/25 Hertz - Pulaski - 12
Thompson Wire - 2500 gal. Bill
Eskay - Bill
Sears - Security Blvd.
Citgo
FH Chev.
Esso Sec.
American 10
Drummond - Columbia 500 gl. Bill
Airline Limousine Bill 30
United Airlines -
Black & Decker - 2000 gal.
Leidy - 1600 gal.

Wed. 9/26
Free State - 10
Sun lab - 20

Jarman - 10
White 7
Mack Truck - 10
Cowan - 20
Federal Yeast - Bill
Port Authority - Bill 18
Clark Transport - Bill - 22
Pen Plymouth - 20
Brooks Buick - 20
Michelson - contract
Schmitzer Tire - 7
Brooklyn Ford -
Bay V.W. Annap. - 25
Vatraland - 10
Hubbleson V.W. - 18
Padonia American - 10
Texaco - York Rd
Shell
Sherwood Ford - Bell
Olton Corp - Bill 950 gal.
Suburban Chev. - 1500 check
C.P. Old Court Rd. Bill

Thurs. 9/27
Holiday
Shen & Howard

Esso - Belair Rd.
BP -
Esso - Erdman 7

Dorry worked.

Pen Pontiac - 10
Information Supply - Bell

Fri. 9/28

Calvert Cliff - Bill $35 per hr.
Annap. Yacht Club - $25
Esso - 10
Towson Ford - 20

Jarman - 10
White 7
Mack Truck - 10
Cowan - 20
Federal Yeast - Bill
Port Authority - Bill 18
Clark transport - Bill - 22
Pen Plymouth - 20
Brooks Buick - 20
Michelson - contract
Schnitzer Tire - 7
Brooklyn Ford -
Bay V.W. Annap. - 25
Valvoland - 10
Hullerson V.W. - 18
Padonia American - 10
Texaco - York Rd
Shell " "
Sherwood Ford - Bill
Union Corp - Bill 950 [illegible]
Suburban Chev. - 1500 check
C.P. Old Court Rd. Bill

Thurs. 9/27
Holiday
Steve & Howard
Dovy worked.

Esso - Belair Rd.
BP - " "
Esso - Erdman 7
Pen Pontiac - 10
Information Supply - Bill

Fri. 9/28

Calvert Cliff - Bill $35 per hr.
Annap. Yacht Club - 25
" Esso - 10
Towne Ford - 20

Eastern Stainless - 2500 gal. oil Bill
Anderson Chev - 10
Anderson Olds - 10
Rt. 40 - Sunoco -
Gulf -
Esso -
Arco -
West Auto - Patapsco - 7

Sat. 9/29 Tony. Howard
Eastern Stainless - 1200 gals. water [illegible]
Black + Decker - 2000 gals. Bill

Mon. 10/1
Air Products Control - 25
Thompson Wire - 2500 gal. Bill
Chesapeake Ford - 15
Chieftain Plymouth - Rt. 40

PRIVILEGED AND CONFIDENTIAL B&D MA LM 0036133

XXX-113

MD Dep't [illegible]

N.P.

# A&A WASTE OIL COMPANY

## KNOWN CUSTOMER LIST

| CUSTOMER | PRODUCT | DATES | MANIFEST # |
|---|---|---|---|
| 1. American [illegible] | 4000 gal? | 2-18-81<br>3-26-81 | A 59092<br>None |
| 2. Allied Chemical | | 6-14-82 5-24-82<br>4-15-82 | |
| 3. Black + Decker | Solvents + oil 3,000 gal | Reg. thru May | None |
| 4. ✓ Bata Shoe | | 6-3-81 | |
| 5. ✓ [illegible] Smith | | | |
| 6. Baltimore Steelworkers | Waste Sludge | | |
| 7. ✓ Chicago Mattress Ctr South [illegible] 2133 | | | |
| 8. Catalyst Research | Deactivation Air Sludge | 5-31-81 | |
| 9. ✓ [illegible] Area | 7 drums misc. mat'l | 2-6-81 | |
| 10. ✓ [illegible] Rectorate 9309 [illegible] Ave. | 65 x 55 gal. drums | | |
| 11. Duraface 1801 W. [illegible] | Drums | | |
| 12. [illegible] | 2, x 55 gal neutralizer | | No. 47821, 58806 51373, 57930 53530 |

A AND A WASTE OIL 00763

XXX-114

A&A Waste Oil Company
Known Customer List

| Customer | Product | Dates | Manifest # |
|---|---|---|---|
| 12. ✓ [illegible] Chemical | Clean + Pump 6600 gal. Tank | | [illegible] 13404 |
| 14. ✓ [illegible] Furniture, [illegible] E. Monument St. | 17 Drums [illegible] | | |
| 15. [illegible], 6411 [illegible] | Delivered waste oil @ $.40/gal. | | |
| 16. [illegible] Lumber, 1260 E. [illegible] | Delivered waste oil @ .40/gal | | |
| 17. C.M. Kemp, 705 [illegible] Blvd. | | | A-23551 - [illegible] unaccounted - [illegible] |
| 18. ✓ [illegible] | 15 x 55 gal drums | 6-11-82 | 609930 |
| 19. ✓ MD. Air National Guard etc. [illegible] Blvd. | 100 gal Paint Stripper | 2-23-82 3-15-81 6-10-81 | No manifest [illegible] [illegible] + water |
| 20. M P [illegible], 1200 S. [illegible] St. | [crossed out] | | |
| 21. ✓ Martin Marietta | Contaminated oil | 6-12-81 | |
| 22. ✓ McClung Logan, 4601 Wash. Blvd. | Degreaser | | |
| 23. [illegible] (Exxon Corp.) | Sodium Sulfite | | |
| 24. ✓ MPA Locust Pt. | 4 x 55 gal. oil, Paint Thinner | | |
| 25. [illegible] to Oil [illegible] | | | B 01752 A97 B 01246 A979 B [illegible] B [illegible] A 95979 A993 |

A AND A WASTE OIL 08764

XXX-115

01-22-93 04:16PM PHK&S FLORHAM PK P.35

A & A WASTE OIL
KNOWN CUSTOMER LIST

| CUSTOMER | PRODUCT | DATES | MANIFEST # |
|---|---|---|---|
| 26. MINERAL PIGMENTS | BUYS WASTE OIL | | |
| 27. MURRAY CORP | TCE (CALLED WASTE OIL + WATER) | | A27149 A96181 A[illegible] A37[illegible] |
| 28. LOIDY CHEM | 4000 gal HCl | 7-23-82 5-26-81 | A 81297 [illegible] B 4052 |

A AND A WASTE OIL 00765

XXX-116

PRIVILEGED AND CONFIDENTIAL B&D MA LM 0035607

CARBON COPY

178

VOLUME II

STATE OF MARYLAND
DEPARTMENT OF HEALTH AND MENTAL HYGIENE

IN THE MATTER OF:
A&A WASTE OIL COMPANY, INC.

RECEIVED
AUG 09 1982
OFFICE OF HEARINGS AND [illegible]

Room 102
300 West Preston Street
Baltimore, Maryland
August 16, 1982 - 11:00 a.m.

BEFORE:

Fred S. London, Hearing Officer

RECEIVED
AUG 26 1982
ENFORCEMENT DIVISION

APPEARANCES:

John P. Hills, Esquire,
Richard Rice, Esquire,
On behalf of A&A Waste Oil Company, Inc.

Ann Marie DeBiase, Esquire,
Assistant Attorney General
Nancy Long, Esquire,
Assistant Attorney General
On behalf of Waste Management Administration

Reported by:
A. Gaudet

SALOMON REPORTING SERVICE, INC.

Baltimore, Maryland [illegible]

A AND A WASTE OIL

XXX-117

A For the entire time we have been in business, 24 years.

Q How long have you dealt with the Arundel Corporation?

A We have been spraying Arundel's roads I would say no less than 7 years.

Q Has Black & Decker in the past been one of your regular customers?

A They have been a client of ours for about ten years.

Do you operate under a purchase order?

Yes, we have a purchase order with Black & De...

Q What material does that purchase order specify?

A It specifically states we collect their waste oils.

Q What had been your understanding as to what their waste oils were?

A The process they showed me in the past they had cutting oils, machine oils, lubricating oils, crank case oils, everything.

A AND A WASTE OIL 00443

Q Have you ever analyzed it in your laboratory? Tell us what capacity you have for analysis.

A We perform two tests. We have a centrifuge where we can spin the water out and we also have the distillation system where we can distill the water out.

Q What analysis have you done on Black & Decker's waste in your laboratory?

A Both, many, many times.

Q What have been the findings?

A It is notoriously a product that has in excess [illegible] percent water. Generally it is as high as 80 percent.

Q How is that waste usually handled?

A Usually it is brought back to our facility at Pimlico and put in one of the 30,000-gallon tanks, and we extract the oil off the tank and put it into our shipping tank.

Q Where would the bottoms go?

A The bottoms would eventually be sprayed on quarry roads, dirt roads.

Q Would there be any occasion where Black &

01-22-93 04:18PM PHK&S FLORHAM PK P15/35

386

Decker's waste would go on to a road without going into your tanks?

A There have been some occasions when we put it directly on a quarry road when we felt the quarry road needed it.

Q Is that material collected under a manifest?

A No, it is not.

Q At the time you made your last pickup, did you have any information that would indicate to you that it ... ed a manifest?

No, they always professed that the material was ...azardous.

Q What kinds of a truck was used to make that pickup?

A We always use a vacuum type truck.

Q What is the driver's contact with the product when he uses the vacuum truck?

A There are two 1,000-gallon tanks at the Black & Decker facility. He opens a lid, drops a 3-inch hose into the tank which is six or seven feet below him and the vacuum pump pumps it. He never comes in contact with

SALOMON REPORTING SERVICE, INC.
Baltimore, Maryland 301-830-6760

XXX-120

PRIVILEGED AND CONFIDENTIAL B&D MA LM 0035611