387

1    it because, in order for the pump to work, it has to be a
2    sealed vessel.
3         Q    Assuming on a given occasion he put it on a
4    quarry road, would he have occasion to smell it at that
5    time?
6         A    Not necessarily.
7         Q    When you have examined it in your laboratory,
8    have you smelled it?
9         A    Yes.



     Q    Can you describe the smell?
          It smelled like other types of oils that we
     have had in our labs.
13        Q    Did you notice any strong solvent smell in it?
14        A    I never noticed any until Saturday when we went
15   and had that sample taken.
16        Q    Is that the normal product you had been
17   accustomed to handling?
18        A    No, it wasn't.
19        Q    On the four dates in question, which are June 1,
20   July 12, July 13 and July 21, do you know in each case
21   where the truck that was sampled came from, where it

SALOMON REPORTING SERVICE, INC.

Baltimore, Maryland                        301-539-6760

XXX-121

PRIVILEGED AND CONFIDENTIAL B&D MA LM         0035612

188

1   originated?
2   A   Yes.
3   Q   Would you tell us?
4   A   I don't recall the exact date at all but the
5   one date they assumed went from Black & Decker to the
6   quarry came from our tanks. That other load did come
7   from Black & Decker to the quarry.
8   Q   That would be July 13 to Delight?
9   A   Yes.
    Q   Did any of these shipments have a manifest?
    A   No, they didn't.
    Q   To the best of your knowledge, did any of the
13  shipments require a manifest?
14  A   To the best of my knowledge, they didn't.
15  Q   Have you had occasion to examine the roads that
16  you put the oil on?
17  A   Yes.
18  Q   Could you describe the surface of those roads?
19  A   Before we put the oil on or after?
20  Q   After.
21  A   The surface was dark and it had a penetration

SALOMON REPORTING SERVICE, INC.
Baltimore, Maryland                    301-539-6760

O AND O WASTE OIL

XXX-122

PRIVILEGED AND CONFIDENTIAL B&D MA LM          0035613

01-22-93 04:19PM PHK&S FLORHAM PK                    P15/35

389

1   of about an eighth of an inch and it just covered the
2   roadway from shoulder to shoulder wherever the truck had
3   sprayed the oil.
4        Q    Are these bottoms of your tanks pure waste oil
5   or is it a mixture of water and oil?
6        A    It would definitely be as much water as we
7   could get the oil off of. In other words, the oil is a
8   salable product so we want to put as little of that down
9   as we can. We want to extract as much as we can, so that

    generally 90 percent water and 10 percent oil.
        Q    As you understand the regulations that control
    business, could it be one hundred percent waste oil?
13       A    Yes. We don't do it anymore but we have in the
14  past sold our waste for oil spray. When we sell it, we
15  sell it as 100 percent pure waste oil.
16       Q    Have you in the past had conversations with
17  representatives of the Department of Health about the
18  practice of spraying the tank bottoms on the haul roads?
19       A    Yes, I have.
20       Q    Has anyone ever informed you that it was
21  anything except legal?

FALCONER REPORTING SERVICE, INC.

Baltimore, Maryland                        301-539-6760

A AND A WASTE OIL                          80448

JAN-22-1993 17:43 FROM M.C.T.B. PHILA     TO    8128196161550    P.17

XXX-123

PRIVILEGED AND CONFIDENTIAL B&D MA LM            0035614

390

A   No, they had not. They were even aware of where we sprayed and the full procedure that I described to you.

MR. WILLS: That is all on direct.

EXAMINATION BY MS. DeBIASE:

Q   Mr. Goldstein, you said you would remove the aqueous bottoms from the tanks, the waste oil tanks and spray it at quarries when you thought the quarries needed it? You didn't wait for a request?

A   We would call on occasion but the supervisors are responsible for telling us when and when not to.

A:  They are very hard to catch in their office. I take the chance of sending the truck over there but have them check with the superintendent before they put the oil and water down. At times we have been turned away because the quarry didn't need it.

Q   Do you know why the truck on the 13th went directly from Black & Decker to the quarry?

A   I would say we have always been under the impression that the product coming out of Black & Decker is oil and water. Sometimes it is not economical for us

SALOMON REPORTING SERVICE, INC.
Baltimore, Maryland                    301-539-6760

A AND A WASTE OIL            00449

XXX-124

PRIVILEGED AND CONFIDENTIAL B&D MA LM        0035615

391

1    to bring back a product that has so much water in it and
2    extract the oil when I can take a product directly to
3    the quarry, spray it, and go to another job. That is
4    basically the reason.
5        Q    Is that normally what happened when your trucks
6    picked up loads from Black & Decker?
7        A    Normally, it would be brought back to our
8    plant.
9             EXAMINATION BY THE HEARING OFFICER:
              Mr. Goldstein, how would you know that any of
     the material that you received as waste oil did or did
     not contain hazardous substances?
13       A    We are pretty much relying on the customers.
14   We get calls every day to pick up waste oil.
15       Q    So, they use the honor system?
16       A    If there is a question in the customer's mind,
17   I ask for an analysis.
18       Q    And you use the honor system with Black &
19   Decker?
20       A    That is right.
21       Q    Did you know in the normal course of business

SALOMON REPORTING SERVICE, INC.

Baltimore, Maryland                              301-539-6760

A AND A WASTE OIL                                    00450

PRIVILEGED AND CONFIDENTIAL B&D MA LM              0035616

24 Hour Service                                          578 - 0956

# A & A Waste Oil Company, Inc.
3635 Woodland Avenue
Baltimore, Maryland 21215

*Industrial — Commercial — Marine*

Oil Spill Correction                                    Pollution Control
Tank Cleaning                                          Lead & Gas Freeing
Liquid Waste Removal & Hauling              Mobile Vacuum Service

June 18, 1982

Black & Decker, Inc.
Hampstead, Maryland 21074
Attn: Mr. Raymond Hieroninus

Dear Mr. Hieroninus:

     This is to certify that all material disposed of by our company is done so in a safe and E. P. A. approved manner. The waste oil product we remove from your company, Black & Decker, Inc. in Hampstead, Md. is first stored in our tanks then disposed of at Oil Recovery, Inc., in Clayton, New Jersey. If you have any further questions, please don't hesitate to call.

Sincerely,

Howard Goldstein
Vice President

cc:
L. Grimes
J. Dorfee
[redacted]

ok
4/15/r

A AND A WASTE OIL      00784

PRIVILEGED AND CONFIDENTIAL B&D MA LM      0035618



A AND A WASTE OIL    00685

PRIVILEGED AND CONFIDENTIAL B&D MA LM    0035617

15    Q.    Okay. I've asked the court reporter
16    to mark -- I'm going to ask the court
17    reporter to pass over to you what's been
18    marked as Kell Exhibit 1. This is -- I've
19    only got a couple of questions on this. This
20    is a 25-page packet of sheets.
21          I am -- the first and simplest
22    question I'm going to ask you is whether on
23    the very first page of that document you
24    recognize the handwriting on the document?

Jurist Reporting Service, Inc.

LINDA MARIE KELL                                    188

1     A.    Yes. It's mine.
2     Q.    That's your handwriting?
3     A.    Yes.
4     Q.    Could I ask you to look through all 25
5     pages and let me know whether each and every
6     page is your handwriting?
7     A.    (Witness complies.) They're
8     mine.
9     Q.    They're all yours?
10    A.    Yes.
11    Q.    Now, can you tell me where those pages
12    are from, which book or ledger or -- that's
13    from, or are they from different places?
14    A.    They look like they would be
15    from my accounts payable, broke down by
16    individual -- that's what it looks like to
17    me, anyway, yes.
18    Q.    It appears to be from the accounts
19    payable ledger; is that correct?
20    A.    Yes.
21    Q.    On the first page, can you tell me
22    what the word "Jack" refers to?
23    A.    Jack Wolf, one of the -- field
24    individual.

Jurist Reporting Service, Inc.

LINDA MARIE KELL                                    189

1     Q.    And on what is the fourth page of this
2     stapled document, can you tell me what the
3     word "Joe" refers to?
4     A.    Joe Prespare.
9     the exhibit you have in front of you has a
10    date on at least some of the pages of 1979?
11    A.    I didn't look at the dates.
12          Yes.
13    Q.    So did you have to, before the end of
14    your employment, replace your ledger books,
15    or were you able to just continue to use the

PRIVILEGED AND CONFIDENTIAL B&D MA LM              0035637

```
16   same ledger books for the whole time you were
17   employed there?
18       A.    I don't know.  I don't
19   remember -- I don't remember having to start
20   all over again.  It's possible that I did,
21   from going through checkbooks, to try to get
22   it back into an order again.  But I can't say
23   that it was -- definitely that's what
24   happened.
```

Jurist Reporting Service, Inc.

LINDA MARIE KELL                                 199

```
 1       Q.    That's what I was asking.  Do you have
 2   any recollection of trying to start over
 3   again to formulate a complete set of books
 4   sometime after the burglary?
 5       A.    No; I don't remember doing that,
 6   let's put it that way, no.
 7       Q.    Would your best recollection be that
 8   your ledger books were still there after the
 9   burglary then?
10       A.    It seems to me they were.  I
11   don't remember them being taken.  Just the
12   equipment, I remember being missing.  I
13   don't --

 3                         * * *

 4   BY MR. NOLL:
 5       Q.    I'd like to introduce myself.  My name
 6   is Paul Noll.  I represent SmithKline
 7   Beecham, and what I will be doing is --
 8   hopefully, keep it very brief -- I'd like to
 9   run a few names of potential waste oil
10   haulers, private haulers, by you and get your
11   reaction as to whether you recognize them in
12   any way; and further than that, whether you
13   recognize them as entities that would have
14   brought waste oil to BROS while you were
15   there working.
16             As a starting point, I'd like
17   you to refer back to Exhibit 1, which I
18   believe you previously identified as
19   containing your handwriting; and I think you
20   identified a few of the names.
21             Am I correct in my understanding
22   that, I guess, Joe Prespare, Jack Wolf and
23   whatever names else might be in there are
24   private waste oil haulers?
```

Jurist Reporting Service, Inc.

PRIVILEGED AND CONFIDENTIAL B&D MA LM          0035638

XXX-129

LINDA MARIE KELL                              207

```
 1         A.   Yes.
 2         Q.   And that the entries on those various
 3    pages would reflect transactions with those
 4    various waste oil haulers?
 5         A.   Yes.
 6         Q.   Just as an example, on the -- what I
 7    will say is the very first page, the first
 8    entry -- I think the page is captioned
 9    "Jack" -- the entry -- the very first entry
10    of any significance is a "7-3" and what
11    appears to be "1250."
12              And then there's a number in
13    parentheses, and I guess there's a number
14    after that under the column of "Amount of
15    Load"; and then there's another column
16    further on where there's another number
17    entered. "Balance Due," I guess, is that
18    column.
19              Could you explain to me what the
20    number in the parentheses is?
21         A.   The slip number, receipt number.
22         Q.   When you say "receipt number," it's
23    the receipt --
24         A.   When the driver would come in,
```
              Jurist Reporting Service, Inc.

LINDA MARIE KELL                              208

```
 1    he gets a receipt for the amount of gallons;
 2    and that was the number -- they were numbered
 3    tickets. Some books of receipts we had
 4    weren't, and some were. It was that number
 5    ticket so I could keep track that, yes, I did
 6    enter this one.
 7         Q.   When you say the "receipt" and the
 8    "number ticket," you're referring back to
 9    those books that you mentioned Mr. DeCola
10    would fill out?
11         A.   Yes.
12         Q.   And that's the corresponding number to
13    those particular books for the receipt that
14    was pulled from the book?
15         A.   Yes.
16         Q.   As I had mentioned just a moment ago,
17    I would like to run a few names by you and
18    see if any of them ring a bell.
19              In connection with your having
20    worked at the BROS site, are you familiar
21    with the name ABC Waste Oil?
22         A.   Yes. That's Joe Prespare.
```

PRIVILEGED AND CONFIDENTIAL B&D MA LM           0035639

```
23      Q.      That's -- I take it then that that was
24      a trade name for Joe Prespare?
```

Jurist Reporting Service, Inc.

PRIVILEGED AND CONFIDENTIAL B&D MA LM          0035640

XXX-131

LINDA MARIE KELL                                       209

```
 1            A.    Yes.
 2      Q.    Are you familiar with the name ALMO
 3  Anti-Pollution or, alternatively, ALMO Tank
 4  Cleaning?
 5            A.    Yes.  They were out of -- they
 6  were Clayton, I believe.  That was -- John
 7  Cucinotta, I believe, owned that one.
 8      Q.    Are you aware of any business
 9  relationship or transactions between BROS and
10  either of those ALMO entities?
11            A.    I believe they bought some oil
12  from ALMO.  I believe -- if it was a lot -- I
13  mean, maybe a few loads.  It was not a
14  routine, every day.
15      Q.    When you say they bought some oil from
16  ALMO --
17            A.    Bridgeport Rental.
18      Q.    BROS --
19            A.    Yes, bought from --
20      Q.    So as I understand your testimony,
21  ALMO would have been essentially a private
22  waste oil supplier?
23            A.    Yes.
24      Q.    From which BROS purchased oil?
```

Jurist Reporting Service, Inc.

PRIVILEGED AND CONFIDENTIAL B&D MA LM          0035641

XXX-132

LINDA MARIE KELL                                    210

```
 1         A.    Yes.
 2    Q.    At one occasion or another.  Are you
 3  familiar with the name Coastal Services?
 4         A.    Yes.
 5    Q.    How did you become familiar with that
 6  name?
 7         A.    They did clean-up for some
 8  spills that we had, problems around the
 9  tanks, et cetera.
10    Q.    So I take it that they were an
11  independent contractor?
12         A.    Yes.
13    Q.    They -- are you aware of any instances
14  where Coastal would have sold waste oil to
15  BROS?
16         A.    Not offhand, no.  I can't -- I
17  don't remember them selling to us.  I
18  remember them coming in there.
19    Q.    Are you familiar with the name
20  Eastcoast Pollution Control?
21         A.    Yes -- now I'm going to get
22  myself confused here.  I think Eastcoast
23  may -- I don't know if that was another one
24  of John Cucinotta's outfits or not, to tell
```

Jurist Reporting Service, Inc.

PRIVILEGED AND CONFIDENTIAL B&D MA LM          0035642

XXX-133

LINDA MARIE KELL                              211

```
 1    you the truth.  I think there was a couple
 2    different --
 3         Q.    So Eastcoast --
 4         A.    I know the name.  That's --
 5         Q.    You're familiar with the name, as I
 6    understand it?
 7         A.    Yes.
 8         Q.    And you are not necessarily certain
 9    whether Eastcoast Pollution Control is an
10    entity that is somehow related to the
11    Cucinottas?
12         A.    I'm not positive.
13         Q.    Are you aware of DROS having ever
14    purchased waste oil from Eastcoast Pollution
15    Control?
16         A.    Not offhand, I can't -- don't
17    ever remember them buying it from them, no.
18         Q.    Are you familiar with the name Grigco
19    Oil?
20         A.    Yes.
21         Q.    How did you become acquainted with
22    that name?
23         A.    Bill Grigsby is the owner.  I
24    guess that's his -- and he would bring oil
```

Jurist Reporting Service, Inc.

LINDA MARIE KELL                              212

```
 1    up.  He lived in Delaware.
 2         Q.    So I take it then Bill Grigsby or
 3    Grigco Oil was a private waste oil hauler?
 4         A.    Yes.
 5         Q.    Are you familiar with the name Jacoby
 6    Waste Oil?
 7         A.    Yes.
 8         Q.    And how did you become familiar with
 9    that name?
10         A.    He's also a private
11    individual -- I mean, waste oil collector
12    that used to come in, yes.
13         Q.    You said "he."  Do you recall the name
14    of the individual?
15         A.    Neal Shmukler, I think.
16         Q.    I take it then that Neal Shmukler
17    utilized the name Jacoby Waste Oil as a trade
18    name then?
19         A.    Yes.
20         Q.    And I believe you also mentioned that
```

PRIVILEGED AND CONFIDENTIAL B&D MA LM              0035643

XXX-134

```
21       he was also a private waste oil hauler?
22            A.    Yes.
23       Q.    Are you familiar with the name
24       Mid-Atlantic Refinery Services?
```

Jurist Reporting Service, Inc.

LINDA MARIE KELL                                213

```
1             A.    Yes.
2        Q.    And how did you become familiar with
3        that name?
4             A.    They also did clean-up work for
5        spills; they provided us with -- there was a
6        stream out back, and they would clean up if
7        there was any problems.
8        Q.    I take it then that they would provide
9        services similar to that of Coastal Services?
10            A.    Yes.
11       Q.    Are you familiar with the name Pepper
12       Industries?
13            A.    I know the name, but I just
14       can't place who they are. I know the name.
15       I remember hearing the name, but I just
16       can't -- I can't put a face or a person with
17       them.
18       Q.    Are you aware of BROS ever having
19       leased the large warehouse to anyone?
20            A.    Pepper Industries, now that
21       you're saying that, I think. Now -- yes,
22       they had a big warehouse. What they used it
23       for originally, I have no idea.
24       Q.    "They" being --
```

Jurist Reporting Service, Inc.

LINDA MARIE KELL                                214

```
1             A.    BROS. They did lease out a
2        section of it at one time, yes. Pepper
3        Industries seems to be the name that --
4        yes -- that they did -- what it was used for,
5        I have no idea.
6        Q.    What Pepper used it for, you have no
7        idea?
8             A.    Yes.
9        Q.    Okay. Are you familiar with the name
10       Pittco, perhaps Pittco-Prickott?
11            A.    Yes. They used to bring waste
12       oil in, yes.
13       Q.    They are a waste oil supplier to BROS?
14            A.    Yes.
15       Q.    Are you familiar with the name Roland
16       Rogers?
```

PRIVILEGED AND CONFIDENTIAL B&D MA LM          0035644

XXX-135

```
17        A.    I know the name, but can't put a
18   face or -- if he brought oil -- I mean, I
19   know the name.  But I -- I don't remember
20   actually dealing with -- personally, let's
21   put it that way.
22        Q.    Would you have any reason to believe
23   that he would be a waste oil hauler?
24        A.    I believe he was a waste oil
```

Jurist Reporting Service, Inc.

LINDA MARIE KELL                              215

```
1    hauler, but I don't think he came to
2    Bridgeport full time.  I think he had other
3    places that he took his oil to.
4         Q.    Are you familiar with the name William
5    Schiavoni?
6         A.    Yes.  He was an independent
7    waste oil hauler, yes.
8              MR. NOLL:  That's, I
9         believe, all the questions I have --
10        actually, I missed one.  I have one
11        more question.
```

```
15                   EXAMINATION
16                     * * *
17   BY MR. RUBIN:
18        Q.    Good afternoon, Mrs. Kell.  My name is
19   Gary Rubin.  I represent the United States
20   Department of Justice, and I represent a
21   number of defendants in this case.  And I
22   appreciate your staying this afternoon to
23   answer our questions.
24              First question I have for you
```

Jurist Reporting Service, Inc.

LINDA MARIE KELL                              218

```
1    is, prior to your appearing here today for
2    your deposition, have you had any
3    conversations with any of the attorneys who
4    have asked you questions today?
5         A.    Mr. Noll.
6         Q.    Anyone else?
7         A.    No.
8         Q.    Was Mr. Noll the one who initially
9    spoke with you about appearing for a
10   deposition today, if you recall?
11        A.    Not really.  He just asked me
```

PRIVILEGED AND CONFIDENTIAL B&D MA LM          0035645

XXX-136

<–>
```
12  some questions.
13  Q.    Did you meet with Mr. Noll?
14  A.    Yes.
15  Q.    Where did you meet with him?
16  A.    My house.
17  Q.    And when was that that you met with
18  him?
19  A.    Months ago.
20  Q.    More than six months ago?
21  A.    I would say, yes.
22  Q.    And did he ask you questions about
23  your employment at the B-R-O-S Company?
24  A.    Yes.
```

Jurist Reporting Service, Inc.

LINDA MARIE KELL                                    219

```
1   Q.    At that time, did he show you any
2   documents and ask you either to identify them
3   or discuss them with him?
4   A.    These documents (Indicating),
5   the oil sheets.
6   Q.    You're referring to the exhibits --
7   A.    My handwriting, yes.
8   Q.    Exhibit No. 1.
9   A.    Yes.
10  Q.    So you have seen this before today at
11  this deposition?
12  A.    Yes.
13  Q.    Did you have any other discussions
14  with Mr. Noll after that one time?
15  A.    No.
16  Q.    Let's turn to exhibit -- Kell Exhibit
17  No. 1, if we could, for a moment. As I
18  recall, you identified all of these 25 pages
19  as being in your handwriting.
20  A.    Yes.
21  Q.    I notice in the lower right-hand
22  corner, there is a Bates stamp number
23  beginning with the letter "E." Do you see
24  that?
```

Jurist Reporting Service, Inc.

LINDA MARIE KELL                                    220

```
1   A.    Yes.
2   Q.    And is that sequence or do these
3   numbers appear on each of the 25 pages?
4   A.    I believe so, yes.
5   Q.    You can flip them quickly or --
6   A.    (Witness complies.) Yes.
7   Q.    If you look at those numbers that I've
```

PRIVILEGED AND CONFIDENTIAL B&D MA LM                   0035646

XXX-137

```
 8    just asked you to flip through, can you see
 9    that they are not necessarily consecutive
10    numbers; that there are numbers that are
11    missing?
12              For instance, page number one of
13    this exhibit is E0008874, but the second page
14    of the exhibit is 8846. Do you see that?
15         A.   Yes.
16         Q.   And throughout the document, there are
17    similar breaks in the sequence of pages.
18              When you first saw this exhibit,
19    Kell Exhibit 1, were there more than 25 pages
20    to it?
21         A.   Not that I recall, no.
22         Q.   You've identified Kell Exhibit 1 as
23    being from a particular ledger book; is that
24    correct?
```

Jurist Reporting Service, Inc.

LINDA MARIE KELL                                    221

```
 1         A.   Yes.
 2         Q.   Can you tell, from looking at these 25
 3    pages which are Kell Exhibit 1, what
 4    inclusive years these pages represent?
 5         A.   Not offhand. I saw one page, it
 6    had the date of 1979, so that's the --
 7         Q.   I believe the second page of the
 8    exhibit, it says "1979." Is it likely that
 9    these pages represent more than 1979, 1979,
10    or can you --
11         A.   Just 1979.
12         Q.   You believe that these represent just
13    1979?
14         A.   Yes.
15         Q.   And would it be accurate to say that
16    similar pages to the ones that are Kell
17    Exhibit 1 at some time existed for the other
18    years that you worked at the BROS site?
19         A.   Yes.
20         Q.   Have you seen those other pages?
21         A.   No.
22         Q.   I believe Mr. Noll asked you about the
23    names at the top of some of these pages,
24    Joe -- is it Prespare?
```

Jurist Reporting Service, Inc.

LINDA MARIE KELL                                    222

```
 1         A.   Prespare. I don't know if I say
 2    it right or not.
```

01-26-93 09:29AM PHKRS FLORHAM PK                 P13/15

PRIVILEGED AND CONFIDENTIAL B&D MA LM         0035647

XXX-138

```
 3    Q.    Joe.
 4    A.    Joe.
 5    Q.    And there's a few other names. And if
 6    I remember correctly, these were all -- these
 7    were not employees of BROS; is that correct?
 8    A.    Yes, that's correct.
 9    Q.    These are all private waste haulers?
10    A.    Yes.
11    Q.    Or employees of private waste haulers?
12    A.    Yes.
13    Q.    Earlier today, I believe you testified
14    that when you worked at the BROS Company, you
15    worked only Monday through Friday; is that
16    correct?
17    A.    Yes.
18    Q.    Do you know if anyone worked on
19    Saturdays and Sundays at the BROS facility?
20    A.    Armen would possibly work
21    Saturdays, if he wasn't caught up on his work
22    or whatever, but no Sundays.
23    Q.    Would you say that it was customary or
24    usual for Armen DeCola -- is that who "Armen"
            Juriat Reporting Service, Inc.
```

PRIVILEGED AND CONFIDENTIAL B&D MA LM          0035648

XXX-139

LINDA MARIE KELL                             223

```
 1    is?
 2         A.    Yes.
 3    Q.    -- Armen DeCola to work Saturdays?
 4         A.    Yes, I would say so.  Armen
 5    never vacationed, never -- he lived there.
 6    Q.         Do you know of any other employee,
 7    part-time or full time, that worked on
 8    Saturdays at least once a month during the
 9    time that you were there?
10         A.    Not offhand.  Maybe David
11    Borrelli would be one that -- for work around
12    the plant.
13    Q.         Did the BROS Company both purchase and
14    sell oil products of some sort?
15         A.    Yes.
16    Q.    Would it be true -- would it be
17    correct to say that the BROS Company sold
18    waste oil products to other companies?
19         A.    Yes.
20    Q.    So it would be correct to say then
21    that BROS was in the business, at least in
22    part, of buying and selling waste products.
```

PRIVILEGED AND CONFIDENTIAL B&D MA LM          0035649

XXX-140