FILED
IN CLERKS OFFICE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2005 FEB 11 P 1:15

U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE BLACK & DECKER CORPORATION, )<br>BLACK & DECKER, INC., BLACK & DECKER )<br>(U.S.) INC., EMHART CORPORATION, and )<br>EMHART INDUSTRIES, INC., )<br>)<br>Defendants. )<br>) | C.A. No. 1:04-CV-10659-DPW<br>(BROS) |

## NOTICE OF APPEAL

Notice is hereby given that defendants, The Black & Decker Corporation, Black & Decker, Inc. Black & Decker (U.S.) Inc., Emhart Corporation and Emhart Industries, Inc., hereby appeal to the United States Court of Appeals for the First Circuit from the final judgment entered in this action on January 13, 2005 and all interlocutory orders and rulings associated therewith, including all portions of the Memorandum and Order entered on January 13, 2005 pertaining to the BROS site in Bridgeport, New Jersey that is the subject of this action.

By their attorneys,

Dated: February 11, 2005

/s/ Jack R. Pirozzolo
Jack R. Pirozzolo BBO# 400400
Richard L. Binder BBO# 043240
Willcox, Pirozzolo & McCarthy
Professional Corporation
50 Federal Street
Boston, Massachusetts 02110
(617) 482-5470

**Appeal Documents**

1:04-cv-10659-DPW Liberty Mutual v. Black & Decker re: BROS Site **CASE CLOSED on 01/13/2005**

## United States District Court

## District of Massachusetts

Notice of Electronic Filing

The following transaction was received from Pirozzolo, Jack entered on 2/11/2005 at 11:46 AM EST and filed on 2/11/2005

**Case Name:**     Liberty Mutual v. Black & Decker re: BROS Site
**Case Number:**   1:04-cv-10659
**Filer:**         Emhart Corporation
                   Black & Decker Corporation
                   Black & Decker, Inc.
                   Black & Decker (U.S.) Inc.,
                   Emhart, Inc.

**WARNING: CASE CLOSED on 01/13/2005**
**Document Number:** 9

**Docket Text:**
NOTICE OF APPEAL as to [7] Order,, [8] Judgment,, by Black & Decker, Inc., Black & Decker (U.S.) Inc.,, Emhart Corporation, Emhart, Inc., Black & Decker (U.S.) Inc.,, Black & Decker Corporation, Black & Decker, Inc., Emhart Corporation, Emhart, Inc., Black & Decker Corporation. $ 255 NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 3/3/2005. (Pirozzolo, Jack)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** yes
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1029851931 [Date=2/11/2005] [FileNumber=853225-0]
[6e316da51e3097aa5980e091391f52d421e0dd5c0f214825710040ae0b8500156596
914414c2f47fa7cf76a62cdf7fce829cfd10093fce7915659724cb5b598a]]

**1:04-cv-10659 Notice will be electronically mailed to:**

Deborah E. Barnard     dbarnard@hklaw.com

Ralph T. Lepore , III    rlepore@hklaw.com

Robin-Lee Main     robin.main@hklaw.com

Jack R. Pirozzolo     jpirozzolo@wpmlaw.com

Janice Kelley Rowan     jrowan@hklaw.com

**1:04-cv-10659 Notice will not be electronically mailed to:**

## WILLCOX, PIROZZOLO AND McCARTHY
### PROFESSIONAL CORPORATION
FIFTY FEDERAL STREET
BOSTON, MASSACHUSETTS 02110

TELEPHONE (617) 482-5470
TELECOPIER (617) 423-6917

HAROLD M. WILLCOX (1925-1975)
RICHARD P. CROWLEY (1927-2001)

JACK R. PIROZZOLO
RICHARD F. McCARTHY
RICHARD L. BINDER
RICHARD E. BENNETT
JUDITH S. ZISS
JAMES J. NICKLAUS
CHARLES J. SHEEHAN
KARIS L. NORTH

OF COUNSEL
GERRY A. BLODGETT
(REGISTERED PATENT ATTORNEY)

FILED IN CLERK'S OFFICE
2005 FEB 11 P 1:15
U.S. DISTRICT COURT
DISTRICT OF MASS.

February 11, 2005

**BY HAND DELIVERY**

Clerk's Office
United States District Court
 District of Massachusetts
One Courthouse Way
Boston, Massachusetts 02210

> Re: Liberty Mutual Insurance Co. v.
>     The Black & Decker Corp., et al.
>     Civil Action No. 1:04-CV-10659-DPW

Dear Sir:

   Pursuant to CM/EMF Administrative Procedure F, enclosed is a check in the amount of $255.00 in payment of the fee in connection with the Notice of Appeal that was filed electronically earlier today, together with a copy of the Notice of Electronic Filing.

   Thank you for your attention to this matter.

                                                Very truly yours,

                                                Richard L. Binder

RLB:jn
Enclosures

cc: Ralph T. Lepore, III, Esq.