UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY,<br><br>　　　Plaintiff,<br><br>v.<br><br>THE BLACK & DECKER CORPORATION, BLACK & DECKER, INC., BLACK & DECKER (U.S.) INC., EMHART CORPORATION, and EMHART, INC.,<br><br>　　　Defendants. | C.A. No. 04-10659-DPW<br><br>[BROS Site] |

LIBERTY MUTUAL INSURANCE COMPANY'S
RESPONSE TO DEFENDANTS' MOTION
TO SUPPLEMENT AND CERTIFY RECORD

Liberty Mutual Insurance Company ("Liberty Mutual") responds to the March 1, 2005 Motion to Supplement and Certify Record filed by defendants, The Black & Decker Corporation, et al. ("Black & Decker"), as follows. Without stipulating to the relevance of any document to the issues raised on appeal, Liberty Mutual assents to Black & Decker's Motion, on the condition that the record which is to be certified and forwarded to the Court of Appeals for the First Circuit be further supplemented by the addition of the following documents from the case styled <u>Liberty Mutual Insurance Company v. The Black & Decker Corporation, et al.</u>, C.A. No. 96-10804-DPW (the "1996 Action"):

| Date Filed | Docket # | Docket Text |
|---|---|---|
| 07/22/1996 | 8 | Rule 16.1 Certification filed by Liberty Mutual Ins. (mqc) (Entered: 07/23/1996) |

| 02/09/1998 | 139 | List of appendices submitted in support of Liberty Mutual's motion and supporting memorandum for summary judgment, together with Appendix/exhibits submitted by Liberty Mutual in support of its Motion for Summary Judgment: Binders 2A, 2B, and 19. |
|---|---|---|
| 03/02/1998 | 151 | List of Appendix/exhibits by Liberty Mutual Ins. in support of [144-1] opposition response, together with Appendix/exhibits submitted by Liberty Mutual in support of its opposition to Black & Decker's Motion for Partial Summary Judgment: Binder 28, Tab 12. |
| 10/28/98 | 195 | STIPULATION (Motion) by Liberty Mutual Ins., for leave to file Response to Defendants' Supplemental Submission of Authority, FILED, (c/s)(cmg)(Entered: 10/29/1998) |
| 10/28/98 |  | Response of Liberty Mutual Insurance Company to Defendants' Supplemental Submission of Authority |
| 11/03/98 | 202 | Transcript of proceedings for held on proceeding date: 10/30/98 before Judge: Woodlock.  Court Reporter: Pamela R. Owens (cmg)(Entered: 11/05/1998) |
| 12/01/1998 | 210 | LIST OF APPENDICES submitted . . . by Liberty Mutual Ins. in support of [209-1] support memorandum, Binder 30 at Tab 3 (pages 1 – 5) and Tabs 5, 6, 7, and 8, filed (BINDERS numbered 30 and 31 . . . also enclosed per the request of Judge Woodlock)(tmc)(Entered: 12/02/1998) |
| 01/14/99 | 225 | Transcript of proceedings for held on proceeding date: 12/8/98 before Judge: Woodlock.  Court Reporter: Pam Owens (sad)(Entered: 01/15/1999) |
| 07/24/2002 | 271 | Joint supplemental submission in Response to [266-1] order by Liberty Mutual Ins., Black & Decker, Black & Decker, Inc., Black & Decker (U.S.), filed. c/s (mr) (Entered: 07/25/2002) |
| 08/15/2002 |  | Revised Joint supplemental submission in Response to [266-1] order by Liberty Mutual Ins., Black & Decker, Black & Decker, Inc., Black & Decker (U.S.) |
| 09/27/2002 | 279 | Submission by Liberty Mutual Ins. re: [140-1] motion for partial summary judgment, [138-1] motion for summary judgment, filed. c/s (mr) (Entered: 09/27/02) |
| 09/27/2002 | 284 | Exhibit Volume E by Liberty Mutual Ins. to [279-1] submission re: motion for partial summary judgment, [138-1] motion for summary judgment (mr) (Entered: 09/27/2002) |
| 01/07/2004 | 391 | MOTION in Limine re: Black & Decker's burden of proof concerning an "accident" under the 1956 to 1969 USM policies by Liberty Mutual Insurance Company (Rynne, Michelle)(Entered: 01/09/2004) |

| 01/21/04 | 436 | Emergency Opposition to 391 MOTION in Limine filed by Liberty Mutual Insurance Company. (Rowan, Janice) (Entered: 01/21/2004) |

Liberty Mutual reserves the right to contest the relevance of any document in the supplemental record to the issues on appeal in this case.

Liberty Mutual is prepared to assist the Court and the staff of the Clerk's Office in preparing and assembling this supplemental record.

WHEREFORE, Liberty Mutual respectfully requests that this Court supplement the record in this action by adding the above-listed documents to a supplemental record comprised of these documents and the documents specified in Black & Decker's March 1, 2005 Motion, and certifying and forwarding same to the Court of Appeals for the First Circuit.

        Respectfully submitted,

        LIBERTY MUTUAL INSURANCE COMPANY

        By its attorneys,

               /s/  Ralph T. Lepore, III
        Ralph T. Lepore, III (BBO #294420)
        Janice Kelley Rowan (BBO #265520)
        HOLLAND & KNIGHT LLP
        10 St. James Avenue
        Boston, MA  02116
        (617) 523-2700

Dated:  March 10, 2005

4

CERTIFICATE OF SERVICE

    I hereby certify that on this 10th day of March, 2005, I caused a copy of the foregoing document to be served by hand upon Jack R. Pirozzolo, Esq., counsel to Black & Decker, at Willcox, Pirozzolo & McCarthy, P.C., 50 Federal Street, Boston, Massachusetts 02110.

                                                  /s/ Janice Kelley Rowan
                                                     Janice Kelley Rowan

# 2676349_v1