# MANDATE

# United States Court of Appeals
## For the First Circuit

No. 05-1219

LIBERTY MUTUAL INSURANCE COMPANY

Plaintiff - Appellee

v.

THE BLACK & DECKER CORPORATION; BLACK & DECKER, INC.; BLACK & DECKER (U.S.) INC.; EMHART CORPORATION; EMHART INDUSTRIES, INC.

Defendants - Appellants

---

### JUDGMENT

**Entered: March 28, 2005**

Upon consideration of stipulation,

It is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b) with each party to bear its own costs.

Mandate to issue forthwith.

**Certified and Issued as Mandate under Fed. R. App. P. 41.**

Richard Cushing Donovan, Clerk

*[signature]*
Deputy Clerk

Date: 3-28-05

By the Court:
Richard Cushing Donovan, Clerk

By: _____ GREGG
Operations Manager

[cc: Deborah E. Barnard, Esq., Janice Kelley Rowan, Esq., Ralph T. Lepore, III, Esq., Robin L. Main, Esq., Martha Born, Esq., Jack R. Pirozzolo, Esq. and Judith S. Ziss, Esq.]